UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>       Plaintiff,<br>v.<br><br>**ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.**<br>       Defendants.<br><br>**RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, AND B21 LTD.**<br>       Relief Defendants. | Civil Action No. 18-CV-____ (____) |

## PLAINTIFF'S NOTICE OF MOTION AND EMERGENCY *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF

Pursuant to Fed. R. Civ. P. 65(b), plaintiff United States Securities and Exchange Commission (the "Commission" or "SEC") hereby files this emergency motion, *ex parte*, for entry of a temporary restraining order, order freezing assets, and order for other equitable relief as to defendants Roger Knox, Wintercap SA, Michael T. Gastauer, WB21 US. Inc., Silverton SA Inc., WB21 NA Inc., C Capital Corp., Wintercap SA Inc., and B2 Cap Inc., and an order freezing assets and an order for other equitable relief as to Relief Defendants Raimund Gastauer, Simone Gastauer Foehr, and B21 Ltd. A proposed form of Order is attached hereto. In support of this motion, the Commission submits the accompanying memorandum of law, the declaration of Trevor Donelan and related Exhibits.

WHEREFORE, the Commission respectfully requests that the Court enter the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief filed herewith.

> Respectfully submitted,
>
> SECURITIES AND EXCHANGE COMMISSION
> By its attorneys,
>
> /s/
>
> Eric A. Forni (Mass Bar No. 669685)
>     Senior Trail Counsel
> David M. Scheffler (Mass Bar No.670324)
>     Enforcement Counsel
> J. Lauchlan Wash (Mass Bar No. 629092)
>     Enforcement Counsel
> Jonathan Allen (Mass Bar No. 680729)
>     Enforcement Counsel
> Rebecca Israel
>     Enforcement Counsel
> Martin F. Healy (Mass Bar No. 227550)
>     Regional Trial Counsel
> Amy Gwiazda (Mass Bar No.663494)
>     Assistant Regional Director
>
> SECURITIES AND EXCHANGE COMMISSION
> Boston Regional Office
> 33 Arch St., 24th Floor
> Boston, MA 02110
> Phone: (617) 573-8827 (Forni direct)
> Fax: (617) 573-4590 (fax)
> ForniE@sec.gov (Forni email)

DATED: October 2, 2018