UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br>                **Plaintiff,** <br>    v. <br><br> **ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.** <br>                **Defendants.** <br><br> **RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, AND B21 LTD.** <br>                **Relief Defendants.** | **Civil Action No. 18-CV-____ (___)** |

## DECLARATION OF TREVOR T. DONELAN

I, Trevor T. Donelan, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      Since September 2014, I have been employed as an Enforcement Accountant with the U.S. Securities and Exchange Commission ("the Commission") in its Boston Regional Office. My duties include conducting investigations relating to potential violations of the federal securities laws.

2.      I received a Bachelor of Science degree in business administration, with a concentration in accounting, from the University of Richmond in Virginia in 2000. Before joining the Commission, I was most recently a managing director in the forensic accounting and complex business litigation unit at StoneTurn Group, LLP ("StoneTurn"), in Boston, where I worked for over seven years. Before joining StoneTurn, I held forensic accounting

and auditor positions for a total of approximately seven years with Deloitte Financial Advisory Services LLP, and Arthur Andersen LLP, both in Boston.

3. I am a Certified Public Accountant in the Commonwealth of Massachusetts, and a Certified Fraud Examiner by the Association of Certified Fraud Examiners. I am also Certified in Financial Forensics by the American Institute of Certified Public Accountants.

4. I make this Declaration based upon my personal knowledge and upon information and belief as set forth below, and in support of the Commission's Emergency *Ex Parte* Motion for a Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief.

5. On or about February 9, 2017, I became actively involved in the Commission's investigation into possible violations of the federal securities laws by Roger John Irvine Knox ("Knox"), Wintercap SA (f.k.a. Silverton SA from at least June 2015 and through approximately February 2018, referred to as "Wintercap SA" in this declaration), and other affiliated businesses. Based on bank and brokerage records, Wintercap SA purports to be an asset manager, based in Finhaut, Switzerland. Knox is the sole director and owner of Wintercap SA.

6. In the course of that investigation, I reviewed documents and data produced to the Commission and attended witness interviews and testimony. The purpose of this declaration is to relay certain information that the Commission has gathered about the defendants through interviews and testimony of certain witnesses and the review and analysis of certain documents.

7. The principal sources of documentation produced to the Commission that I have relied upon for this declaration include, but are not limited to:

a. Transfer agent records for certain public company issuers held by and/or traded by Wintercap SA.

b. Trading data collected by the Commission for certain public company issuers held by and/or traded by Wintercap SA (referred to as "Blue Sheet Data").

c. Brokerage records for Wintercap SA accounts held at domestic and foreign broker-dealers including the following (collectively, the "Wintercap Brokerage Accounts"):

    i. Wedbush Securities, Inc. (United States),

    ii. Forte Securities, LLC (United States),

    iii. Lombard Forte Securities, Ltd. (United Arab Emirates),

    iv. Prometheus Capital Finance, Ltd. (United Arab Emirates),

    v. Tendall Capital Markets, Ltd. (Malta),

    vi. Forte Securities, Ltd. (United Kingdom),

    vii. Valbury Capital, Ltd. (United Kingdom),

    viii. Linear Investments, Ltd. (United Kingdom),

    ix. ADM Investor Services, Ltd. (United Kingdom), and,

    x. Interactive Brokers UK, Ltd. (United Kingdom).

d. Banking records for Wintercap SA accounts held at the following foreign banks (collectively, the "Wintercap SA Foreign Bank Accounts"):

    i. Baltikums Bank AS (Latvia),

    ii. AfrAsia Bank Limited (Mauritius),

    iii. MauBank, Ltd. (Mauritius), and,

    iv. Bank of Montreal (Canada).

e.  Banking records for U.S. accounts controlled by Michael T. Gastauer
    (Gastauer), or a member of his family, who operates a "virtual bank" network
    referred to herein as WB21.  Since late 2015, Gastauer incorporated several
    U.S. corporations and established bank accounts for each, including the
    following (collectively, the "Gastauer Accounts"):

| Gastauer Corporations | Bank Accounts |
|---|---|
| Silverton SA, Inc.<br>Incorporated August 2016 | Citibank<br>Wells Fargo<br>JP Morgan Chase |
| WB21 US, Inc.<br>Incorporated October 2015 | Citibank<br>Wells Fargo<br>JP Morgan Chase |
| WB21 NA, Inc.<br>Incorporated August 2016 | JP Morgan Chase<br>Savings Bank of Walpole<br>TD Bank<br>Bank of America |
| C Capital Corp.<br>Incorporated November 2016 | Citibank<br>JP Morgan Chase |
| Wintercap SA, Inc.<br>Incorporated April 2018 | Citibank<br>TD Bank |
| B2 Cap, Inc.<br>Incorporated April 2018 | Citibank<br>TD Bank |

f.  Gastauer was (and, based on records I have reviewed, still is) the owner and
    operator of WebBank 21 Group or WB21 Group through WB21 Limited,
    which purports to be a virtual bank that offers a solution to "streamline"
    customers through the banking "know-your-customer" requirements.

g.  Brokerage records for individuals that purchased stock of certain issuers
    during the time that Wintercap SA was selling.

8.      I have been asked by counsel for the Commission to summarize certain
transactions involving Wintercap SA and Gastauer, including:

a. Wintercap SA's receipt, deposits and sale of certain public company's stock, including Environmental Packaging Technologies Holdings, Inc. ("Environmental Packaging"); CURE Pharmaceuticals Holding Corp. ("CURE"); and Garmatex Holdings, Ltd. ("Garmatex");

b. Wintercap SA's the movement of cash among the Wintercap Brokerage Accounts, Wintercap Foreign Bank Accounts and the Gastauer Accounts.

**Environmental Packaging**

9.    I have reviewed Commission filings concerning Environmental Packaging, which reflect the following:

a.   Environmental Packaging is a publicly traded company that was incorporated in Nevada in 2011.

b.   On or about June 21, 2017, Environmental Packaging filed a Form 8-K with the Commission announcing a merger, and disclosed "securities ownership of certain beneficial owners and management," including "5% Shareholders" based on approximately 61 million outstanding shares of Environmental Packaging stock as of June 9, 2017.

c.   Environmental Packaging filed a registration statement with the Commission on or about July 12, 2012.  This registration statement was amended on or about August 24, 2012 and September 11, 2012.  This registration statement and related amendments concerned the original issuance of 975,000 shares of Environmental Packaging stock.  After the initial issuance of this stock, Environmental Packaging executed two forward splits of its common stock which increased the number of shares registered in this registration statement to approximately 5.3 million shares.  Neither Environmental Packaging nor any person filed additional registration statements between September 2012 and Present.

10.    I have reviewed emails and other documents concerning Environmental Packaging, which reflect the following:

a. In or about August 2013, an individual referred to herein as Individual A acquired, directly or indirectly, substantially all of the stock of Environmental Packaging.

b. From approximately August 2013 through at least June 2017, documents and witness statements reflect Individual A made management and other corporate decisions concerning Environmental Packaging after taking possession of the company's stock.

c. Individual A held his Environmental Packaging stock in one or more entities, including entities incorporated internationally.  Environmental Packaging did not disclose Individual A as a 5% shareholder in its June 2017 Form 8-K.

d. Individual A also coordinated with a lawyer, Individual B, to help sell Individual A's stock.

e. By approximately April 2017, Individual A, directly or indirectly, engaged Knox to sell his stock.

f. In or about April 2017, Individual A, directly or indirectly, and with Individual B's assistance, transferred more than 10% of Environmental Packaging's issued and outstanding stock to Knox via Wintercap SA.

g. In or about April and May 2017, Knox, through Wintercap SA, subsequently deposited Individual A's stock in at least three brokerage firms as follows:

    i. On or about April 12, 2017, Wintercap SA deposited approximately 2.7 million shares of Individual A's Environmental Packaging stock with Broker A; and

ii. On or about April 27, 2017, Wintercap SA deposited another approximately 2.6 million shares of Individual A's Environmental Packaging stock with Broker B; and

iii. On or about May 3, 2017, Wintercap SA deposited another approximately 2.6 million shares of Individual A's Environmental Packaging stock with Broker C. *Attached hereto as Exhibit A is Broker C's "Deposit Securities Request" form, which Knox signed.*

h. On or about May 19, 2017, Individual B emailed Knox about creating an entity for purposes of paying for a promotional campaign concerning Environmental Packaging.

i. On or about May 22, 2017, Knox emailed the following to Individual B: "[a]s discussed, the amended Marshall Island company name Svarna Ltd is available and incorporation has been requested today."

j. Shortly thereafter, Individuals A and B caused Environmental Packaging to transfer approximately $1 million to Wintercap SA, which in turn transferred approximately $1 million to a stock promoter on behalf of "Svarna."

k. The average daily trading volume of Environmental Packaging's stock during May 1, 2017, through June 9, 2017 (a Friday), was less than 23,000 shares per day, and on most days during that period of time, Environmental Packaging's stock did not trade at all in the public securities markets.

l. On or about June 12, 2017, which I believe to be the first the first day of a paid promotional campaign, approximately 424,956 shares of Environmental Packaging traded in the public securities markets. That day, Wintercap SA

sold approximately 114,000 shares of Environmental Packaging stock into the public securities markets to investors.

m. On or about June 13, 2017, approximately 226,263 shares of Environmental Packaging traded in the public securities markets. That day, Wintercap SA sold approximately 66,000 shares of Environmental Packaging stock into the public securities markets to investors. And, between approximately June 14 and 27, 2017, Wintercap SA sold approximately 567,000 additional shares of Environmental Packaging stock into the public securities markets.

n. Wintercap SA's sales of Individual A's Environmental Packaging stock in June 2017 generated approximately $1.3 million in trading proceeds.

**CURE**

11.     I have reviewed Commission filings concerning CURE, which reflect the

following:

      a.   CURE is a publicly traded company that was incorporated in Nevada in

           2014.

      b.   On or about April 17, 2017, CURE filed a Form 10-K with the Commission

           announcing a merger, and disclosed "securities ownership of certain

           beneficial owners and management," including "5% Shareholders" based on

           approximately 23 million outstanding shares of CURE stock as of December

           31, 2016.

      a.   CURE filed a registration statement with the Commission on or June 10,

           2015.  This registration statement was amended on or about August 5, 2015,

           August 19, 2015, and August 25, 2015.  This registration statement and

           related amendments concerned the offer of 5,000,000 shares of CURE stock.

           CURE sold approximately 1,940,000 pursuant to this offer during 2015.

           After the initial issuance of this stock, CURE executed a forward split of its

           common stock which increased the number of shares issued pursuant to this

           registration statement to approximately 7 million shares.  Neither CURE nor

           any person filed any further registration statements between August 2015 and

           December 31, 2017.

12.     I have reviewed emails and other documents concerning CURE, which

reflect the following:

c.  In or about June 2016, Individual A acquired, directly or indirectly, substantially all of the stock of CURE.

d.  From approximately June 2016 through at least June 2017, Individual A made management and other corporate decisions concerning CURE after taking possession of the company's stock.

e.  Individual A held his CURE stock in one or more entities, including entities incorporated internationally.  CURE did not disclose Individual A as a 5% shareholder in its public filings.

f.  Individual A also coordinated with Individual B, to help sell Individual A's stock.

g.  In or about February 2017, Individuals A and B, directly or indirectly, engaged Knox to sell his stock and transferred more than 10% of CURE's total issued and outstanding shares to Wintercap SA.  More specifically, on or about February 7, 2017, Individual B sent Knox an email about three entities that would be used to deposit and sell CURE stock through Wintercap SA.

h.  In or about March and April 2017, Knox, through Wintercap SA, subsequently deposited Individual A's stock in at least two brokerage firms as follows:

    i.  On or about March 3, 2017, Wintercap SA deposited approximately 1.1 million shares of Individual A's CURE stock with Broker A; and

    ii.  On or about March 3, 2017, Wintercap SA deposited another approximately 982,202 shares of Individual A's CURE stock with Broker C; and

    iii.  On or about March 16, 2017, Wintercap SA deposited another approximately 1.0 million shares of Individual A's CURE stock with Broker A. *Attached hereto as Exhibit B is Broker C's "Equity Authentication Form" form, which Knox signed.*

i.  Between approximately March 10 and 21, 2017, Wintercap SA sold approximately 147,647 shares of CURE stock.

j.  Wintercap SA's sales of Individual A's CURE stock in June 2017 generated approximately $1.0 million in trading proceeds.

**Garmatex Holdings, Ltd.**

13.    I have reviewed Commission filings concerning Garmatex, which reflect the following:

   a.   Garmatex is a publicly traded company that was incorporated in Nevada in 2014.

   a.   Garmatex filed a registration statement with the Commission on or about June 20, 2014.  This registration statement was amended on or about July 25, 2014, and August 7, 2014.  This registration statement and related amendments concerned the original offer of 1,700,000 shares of Garmatex stock.  Garmatex sold approximately 1,200,000 pursuant to this offer during 2014. After the initial issuance of this stock, Garmatex executed a forward split of its common stock which increased the number of shares issued pursuant to this registration statement to approximately 15 million shares. The purchasers ("S-1 Shareholders") of this stock paid $9,000 total to acquire these shares in cash, at the same bank in Mexico, at or about the same time. Neither Garmatex nor any person filed any further registration statements between August 7, 2014 and December 31, 2017.

14.    I have reviewed emails and other documents concerning Garmatex, which reflect the following:

   a.   On or about September 11, 2014, Garmatex's board of directors directed Garmatex's transfer agent to send all of the share certificates initially issued to S-1 Shareholders to a law firm based in Nevada.

b.  On or about February 28 and March 16, 2017, one or more persons transferred a total of 5,250,000 shares of Garmatex stock to offshore entities. One or more persons divided the transfers into three equal parts, transferring 1,750,000 to each of the three separate offshore entities.

c.  On or about the same days, one or more persons caused the offshore entities referenced in Paragraph __ above to transfer 5,250,000 shares of Garmatex stock to Wintercap SA.

d.  By approximately March 31, 2017, Wintercap SA sold all of the stock referenced in Paragraph __, above.

e.  In or about April 2017, one or more persons transferred additional stock to Wintercap SA, most of which Wintercap SA subsequently sold in or about April and May 2017.

f.  Wintercap SA's sale of Garmatex stock between March and May 2017 generated over $5 million in proceeds.

**Wintercap SA Cash Flow**

15.     Wintercap SA maintains omnibus brokerage accounts in its own name around the world including the Wintercap SA Brokerage Accounts listed above as well as other foreign accounts for which the Commission has not yet obtained records.

16.     Based on my review of records from the Wintercap SA Brokerage Accounts, Wintercap SA rarely buys securities in its omnibus accounts.  Since at least late 2015, Wintercap SA frequently deposits large blocks of microcap securities which it subsequently sells principally into the U.S. markets.  Wintercap SA then transfers the cash generated from these sales to the Wintercap SA Foreign Bank Accounts or the Gastauer Accounts.

17.     In or about June 2016, Wintercap SA sought to transfer money to WB21 US Inc., but a broker rejected the request.  In or about August 2016, Gastauer established Silverton SA, Inc. , and subsequently opened bank accounts using this corporate name, the vast majority of cash withdrawals afterwards from the Wintercap SA Brokerage Accounts have been directed to the Silverton SA, Inc. accounts in the U.S.  However, based on the records I reviewed, Wintercap SA did not include "Inc." when it transferred money from its brokerage account (i.e, formerly held in the name of "Silverton SA") to Gastauer's bank accounts (i.e., held in the name of "Silverton SA, Inc.").

18.     Between October 2015 and the date of this declaration, I have traced approximately $165.0 million of cash proceeds from Wintercap SA brokerage accounts to the Wintercap SA Foreign Bank Accounts or the Gastauer Accounts as summarized below and in Exhibits C, D and E to this declaration.  Based on my review of available brokerage records, Wintercap SA sold stock and generated net trading proceeds of at least $100,000 on over 50 different issuers totaling approximately $116.6 million of the $165.0 million.

| Brokerage Firm Country | Silverton Trading Proceeds |
|---|---|
| United Kingdom | $ 58,869,672 |
| United States | 49,425,201 |
| Malta | 24,595,251 |
| United Arab Emirates | 22,170,131 |
| Canada | 6,021,389 |
| Mauritius | 3,908,850 |
| **Total** | **$ 164,990,495** |

19.    Of the $165.0 million of cash received from Wintercap SA's brokerage accounts, approximately $46.5 million was deposited into the Wintercap SA Foreign Bank Accounts and the remaining $118.5 million was deposited into the Gastauer Accounts for the benefit of Wintercap SA. However, I have reviewed email correspondence between Gastauer and bank representatives, and recorded telephone conversations involving Gastauer and bank representatives, in which Gastauer represented in sum and substance that the accounts he opened were for his own benefit.

20.    Based on my review of the bank records for the Gastauer Accounts, which have received the vast majority (over 87%) of the Wintercap SA proceeds since September 2016, most of the disbursements from the accounts are made to bank accounts in foreign countries. The table below summarizes outgoing wires from the Gastauer Accounts held at Citibank for the top 15 foreign countries:

| FOREIGN COUNTY | OUTGOING WIRE TRANSFERS |
|---|---|
| CANADA | $ 26,594,088 |
| MEXICO | 16,567,870 |
| PHILIPPINES | 12,462,304 |
| UNITED KINGDOM | 10,538,697 |
| SWITZERLAND | 6,452,421 |
| HONG KONG | 3,573,237 |
| UNITED ARAB EMIRATES | 3,348,882 |
| PANAMA | 3,271,020 |
| SINGAPORE | 2,587,246 |
| GIBRALTAR | 1,786,562 |
| GERMANY | 1,720,084 |
| LIECHTENSTEIN | 1,691,218 |
| CAYMAN ISLANDS | 612,000 |
| JAPAN | 512,821 |
| POLAND | 456,499 |
| TOTAL | $ 92,174,948 |

**Wintercap SA Ownership Concentration**

21.     I reviewed records obtained from transfer agents for several public company issuers whose stock was held by and/or traded by Wintercap SA. Based on my review, the typical process by which Wintercap SA deposited these shares into its omnibus brokerage accounts first included the transfer or assignment of the shares into Wintercap SA's name. That is, Wintercap SA typically became the record owner of the shares prior to the transfer of the shares to its brokerage firms.

22.     For the 18 issuers listed in the table below, using the transfer agent records, I was able to trace the transfer of shares into Wintercap SA's control.[1] The table reflects the date that shares were first transferred to Wintercap SA, the number of nominees (entities or individuals) which transferred the shares to Wintercap SA, and the total number of shares transferred to Wintercap SA which were converted into electronic format by depositing the certificate with the Depository Trust & Clearing Corporation ("DTCC"). Once Wintercap SA's shares were deposited with DTCC, they are available to be traded electronically ("Shares Available for Trading").

23.     I also used the records obtained from the transfer agents to determine the balance of Shares Available for Trading as of Wintercap SA's latest deposit to DTCC and I calculated the percentage of Shares Available for Trading transferred to and deposited by Wintercap SA.

24.     Finally, using records obtained from Wintercap SA foreign and domestic omnibus brokerage accounts, I calculated the amount of trading proceeds generated by Wintercap SA from selling stock in these issuers based on available brokerage records,

---

[1] I reviewed correspondence where Knox demonstrated, in sum and substance, that his business model is to trade in Wintercap SA's name, not the underlying beneficial owners. *See Exhibit F attached hereto.*

which approximated $64.8 million in the aggregate.  This estimate represents the minimum

amount of proceeds because there are Wintercap SA brokerage accounts for which the

Commission has not yet received complete trading records.

| Issuer | Date of First Transfer to Wintercap SA | Nominees Used To Aggregate Shares | Cumulative Wintercap SA Shares Available for Trading | Total Shares Available for Trading As of Last Wintercap SA Deposit | Wintercap SA Percentage of Shares Available for Trading | Minimum Gross Proceeds to Wintercap SA | |
|---|---|---|---|---|---|---|---|
| ARSN | 8/4/2016 | 3 | 11,025,000 | 21,150,000 | 52.1% | $ | 938,224 |
| CURR | 3/3/2017 | 3 | 3,091,802 | 5,729,810 | 54.0% | $ | 1,031,048 |
| DIGAF | 9/7/2016 | 14 | 15,910,000 | 18,581,781 | 85.6% | $ | 4,001,095 |
| DVGG / RETC | 6/13/2017 | 3 | 18,366,018 | 18,416,592 | 99.7% | $ | 8,371,665 |
| ENVV | 6/16/2015 | 5 | 18,250,000 | 29,986,500 | 60.9% | $ | 4,155,097 |
| GLBB | 4/25/2017 | 2 | 900,000 | 1,365,000 | 65.9% | $ | 752,230 |
| GRMX | 3/13/2017 | 5 | 7,233,337 | 13,858,337 | 52.2% | $ | 5,016,997 |
| ORRP | 4/29/2016 | 5 | 11,050,000 | 14,999,500 | 73.7% | $ | 7,853,086 |
| EPTI | 4/12/2017 | 3 | 7,833,344 | 8,050,423 | 97.3% | $ | 1,310,751 |
| GLLK | 10/28/2014 | 4 | 9,900,000 | 26,400,351 | 37.5% | $ | 1,601,076 |
| NEWG | 8/10/2016 | 3 | 3,600,000 | 6,800,000 | 52.9% | $ | 1,929,147 |
| PSCR | 6/27/2016 | 7 | 15,359,998 | 17,909,998 | 85.8% | $ | 3,781,011 |
| PSNP | 10/5/2015 | 2 | 6,676,450 | 27,855,450 | 24.0% | $ | 1,960,469 |
| SPRN | 2/28/2017 | 4 | 11,450,000 | 21,691,615 | 52.8% | $ | 1,326,243 |
| SRUP | 11/16/2016 | 6 | 10,446,672 | 10,763,339 | 97.1% | $ | 2,727,225 |
| UMFG | 3/31/2017 | 4 | 19,250,000 | 22,291,754 | 86.4% | $ | 1,918,749 |
| VBIO | 6/3/2015 | 20 | 8,837,065 | 19,622,915 | 45.0% | $ | 11,773,801 |
| ZENO | 9/27/2016 | 3 | 4,432,050 | 10,924,836 | 40.6% | $ | 4,362,333 |
| **TOTAL** | | | | | | **$** | **64,810,246** |

25.   I analyzed trading in the Table above as follows:

   a.   For each of the issuers listed in the table above, I searched filings made with

the Commission and found that no person or entity associated with the

issuers filed any Forms 144 with the Commission.

   b.   I also analyzed the stock sold by Wintercap SA over certain three month

periods for each issuer identified in the table above, and I determined that,

with one exception, Wintercap SA sold more than 1% of each issuers'

disclosed issued and outstanding shares during the relevant three month

period.  The one exception is Wintercap SA's sale of CURE stock.  In the

instance of the CURE, Individual A divided his sales of stock between

Wintercap SA and another offshore asset manager, but Individual A's sales through the two entities were greater than 1% of CURE's issued and outstanding shares.

c.  I searched the public filings, including registration statements, of each issuer for the name of certain entities for whom Wintercap SA sold stock.  The purpose of my search was to assess whether any public registration statements disclosed the names of certain entities as selling shareholders.  With one exception, I did not observe any of the entities subject to my search in the filings of the companies identified in the table above.  The one exception concerns the company Vitality Biopharma, Inc. (Ticker: VBIO), where I did observe a registration statement (and related amendments) filed in 2016 identifying one or more entities for whom Wintercap SA sold VBIO stock.  However, I did not find a "Notice of Effectiveness" concerning the 2016 registration statement or related amendments.

26.  Records I have reviewed indicate that Wintercap SA was due to earn 6% of its stock sale proceeds.

**Trading Records Review**

27.      I reviewed Blue Sheet Data for three issuers included in the table above to identify individuals who purchased stock while Wintercap SA was selling into the market.  I identified individual investors who purchased shares in these issuers during the duration of Wintercap SA's selling activity and who, based on the Blue Sheet Data, had more purchases than sales of the stock during the time period.  At the direction of Commission counsel, I also identified individuals from Massachusetts that bought shares of the issuers during this time period.  A summarization of my findings is set forth below:

28.      **Cure Pharmaceutical Holdings Corp (CURR)** – Trading records from Wintercap SA brokerage accounts show Wintercap SA sold CURR stock between March 10, 2017 and March 21, 2017.  Based on Blue Sheet Data, I identified approximately 78 brokerage accounts in the name of individual account holders who purchased more than 500 shares of CURR stock than they sold during this time period.  In total, these accounts spent over $1.9 million to acquire approximately 273,000 shares of CURR during this time period.

29.      I also identified four brokerage accounts with account holders based in Massachusetts that purchased more CURR stock than they sold during this time period, spending approximately $6,000 to acquire 750 shares of CURR stock.

30.      **Environmental Packaging Technology Holdings, Inc. (EPTI)** – Trading records from Wintercap SA brokerage accounts show Wintercap SA sold EPTI stock between June 9, 2017 and June 27, 2017.  Based on Blue Sheet Data, I identified approximately 78 brokerage accounts in the name of individual account holders who purchased more than 500 shares of EPTI stock than they sold during this time period.  In

total, these accounts spent over $1.0 million in net trading cost to acquire approximately 596,000 shares of EPTI.

31.     I also identified nine brokerage accounts with account holders based in Massachusetts that purchased more than 500 shares of EPTI stock than they sold during this time period, spending approximately $25,000 to acquire 18,050 shares of EPTI stock during this time period.

32.     **Garmatex Holdings, Ltd. (GRMX)** – Trading records from Wintercap SA brokerage accounts show Wintercap SA sold GRMX stock between March 14, 2017 and May 2, 2017. Based on Blue Sheet Data, I identified approximately 218 brokerage accounts in the name of individual account holders who purchased more than 5,000 shares of GRMX stock than they sold during this time period. In total, these accounts spent approximately $6.4 million in net trading cost to acquire approximately 8.5 million shares of GRMX during this time period.

33.     I reviewed the brokerage records for the largest purchaser of GRMX shares during this time period. This individual, a resident of South Carolina, purchased 3,000,000 shares of GRMX using two accounts at Fidelity Brokerage Services during March 2017 spending $2,095,700.35. I participated in an interview of this investor who explained that he was a victim of an aggressive cold call promotional campaign. I reviewed phone records obtained from the boiler room phone service which corroborated the witness' statements.

34.     Using the Blue Sheet Data, I also identified 25 brokerage accounts with account holders based in Massachusetts that purchased more than 1,000 shares of GRMX stock than they sold during this time period, spending approximately $182,000 to acquire 275,274 shares of GRMX stock.

**Relief Defendants**

35.     Gastauer also transferred, directly or indirectly, millions of dollars of Wintercap SA's stock sale proceeds to the Relief Defendants.  Based on my review of documents, none of the Relief Defendants appear to be employed by, or had business relationships with, Knox or Wintercap SA.

36.     Between approximately December 26, 2017 and February 27, 2018, Gastauer caused WB21 US, Inc. and C Capital Corp to transfer approximately $3.3 million to an individual I believe to be Gastauer's father, Raimund Gastauer, or accounts held for Raimund Gastauer's benefit.

37.     Gastauer transferred approximately $5.8 million to bank accounts in his own name from the proceeds of Wintercap SA's stock sales.   Between approximately April 7, 2016 and July 6, 2017, Gastauer used his personal bank accounts in the U.S., which were funded by proceeds of Wintercap SA stock sales, to transfer, directly or indirectly, approximately $736,000 to an individual I believe to be Gastauer's relative, Simone Gastauer Foehr, or accounts held for Simone Gastauer Foehr's benefit.

38.     Also, between approximately March 2, 2018 and April 13, 2018, C Capital Corp and WB21 US, Inc. transferred approximately $560,000 to B21 Ltd., an entity previously controlled by Gastauer.

**Ongoing Conduct**

39.     In or about September 2018, I reviewed trading activity by Wintercap SA, which is the subject of a recent referral of potential fraud to the Commission.  The trading activity reflects that Wintercap SA sold the stock of two issuers and generated proceeds of approximately $5 million in 2018.  Although my analysis is ongoing, Wintercap SA's sale

this stock appears to be consistent with the Wintercap SA's stock sales in other issuers, including the stock sales I summarized above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2018, in Boston, Massachusetts.

Trevor T. Donelan

# EXHIBIT  A

## DWAC Instructions

Date: ~~5/2/2017~~ 5/3/17          RICH'S APPROVAL ATTACHED

WMS A/C#: ████7572

FBO: **SILVERTON SA**          APPROX : $2,439,000

CLIENT NOTE: PLEASE USE "SILVERTON SA"
AS THE REFERENCE ON THE TRANSITION
OR THE TA WILL REJECT

Requested by: ████████████

Approved by: _____

[X] - DEPOSIT

[ ] - WITHDRAWAL

| Quantity | CUSIP # | | Contact Person |
|---|---|---|---|
| 2,622,675 | 29408L100 | EPTI | VSTOCK TRANSFER, LLC |
| | ISIN: US29408L1008 | | ARIEL LUNAR |
| | | | ariel@vstocktransfer.com |
| | | | 212-828-8436 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Denise Roberts**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **Sent:** | Tuesday, May 02, 2017 10:08 AM |
| **To:** | Rich Jablonski; ACS Credit |
| **Cc:** | Prime OPS |
| **Subject:** | FW: DWAC in: 2,622,675 EPTI |
| **Attachments:** | 2017-05-02 EPTI DWAC AUTH form.pdf |

**Rich** - Please approve a DWAC of 2,622,675 shares of Environmental Packaging Technologies Inc (EPTI, ISIN: US29408L1008) trades at 0.93 for:

Account# ▮▮▮7572
Account Name: Silverton SA

This is a first party transfer as the stock is held in Silverton's name at the TA. I attach your DWAC auth checklist form also.

**Credit** – Please process, once approved.

**You should use " Silverton SA" as the reference on the transition or the TA will reject. The TA cannot initiate this transfer.**

FAST number:
50236
TA:
V Stock Transfer, LLC
Contact:
Ariel Lunar, ariel@vstocktransfer.com Phone: (212) 828-8436

▮▮▮▮▮▮
Vice President
**WEDBUSH** PRIME
142 W. 57ᵗʰ Street | New York | NY | 10019
(212) 806-8746
▮▮▮▮▮@wedbush.com



hedgeweek
USA AWARD WINNER 2014

1

**From:** ███████████
**Sent:** Tuesday, May 02, 2017 11:09 AM
**To:** ███████████
**Subject:** RE: DWAC in: 2,622,675 EPTI

;

ISIN: US29408L1008

Vice President

**WEDBUSH** PRIME
142 W 57ᵗʰ Street | New York | NY | 10019
(212) 806-8746
███████@wedbush.com



peopleweek
U.S.A. AWARD WINNER 2016

**From:** ███████████
**Sent:** Tuesday, May 02, 2017 2:07 PM
**To:** ███████████
**Subject:** RE: DWAC in: 2,622,675 EPTI

Hi Doreen.

I could be missing it, but I don't see a cusip...

Thanks,

███████████

213-688-6725 direct | 213-688-6720 main
███████@wedbush.com

**From:** ███████████
**Sent:** Tuesday, May 02, 2017 10:08 AM
**To:** Rich Jablonski; ACS Credit
**Cc:** Prime OPS
**Subject:** FW: DWAC in: 2,622,675 EPTI

**Rich** - Please approve a DWAC of 2,622,675 shares of Environmental Packaging Technologies Inc (EPTI, ISIN: US29408L1008) trades at 0.93 for:

1

**From:** Silverton Operations [mailto:operations@silverton.ch]
**Sent:** Tuesday, May 02, 2017 12:39 PM
**To:** ▮
**Cc:** Prime OPS
**Subject:** DWAC In: 2,622,675 EPTI

Dear Doreen,

Please initiate a DWAC of 2,622,675 shares of Environmental Packaging Technologies Inc (EPTI, ISIN: US29408L1008) for:

Account# ▮▮▮7572
Account Name: Silverton SA

This is a first party transfer as the stock is held in Silverton's name at the TA. I attach your DWAC auth checklist form also.

Can you let me know when you have this set up in your system so I can tell the TA to look out for and match it.

**You should use " Silverton SA" as the reference on the transition or the TA will reject. The TA cannot initiate this transfer.**

Please also let me know when the stock has settled.

FAST number:
50236
TA:
V Stock Transfer, LLC
Contact:
Ariel Lunar, ariel@vstocktransfer.com Phone: (212) 828-8436

If you need any further information to process this DWAC, please let me know.

Regards,

Richard

[External Email]
Silverton SA - Operations
E: operations@silverton.ch
T: +41 (0) 27 768 2000
F: +41 (0) 22 594 8878

This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments. You must not disclose or distribute any of the contents to any other person.

# WEDBUSH

**Deposit Securities Request**
**For Bulletin Board, Pink Sheet, and Unregistered Securities**

Indicate Type:   ☐ Physical Certificate Deposit   ☒ DWAC/DRS Transfer from Issuer   ☐ Other Transfer

**Security Owner Questionnaire (TO BE COMPLETED BY THE SECURITY OWNER)**

Security Owner Name: Silverton SA          Account #: ____ 7573 ___          Occupation: Asset Manager

Shareholder Address: Route du Village 11, 1925 Finhaut, Switzerland

Security Description: US Equity

Issuer / Company Name: Environmental Packaging Technologies Inc (EPTI)

Issuer Address: 12301 Airport Way, Broomfield CO 80021 USA          Issuer Phone: 954-868-7866

1.   Security Deposit Reason (reason for depositing securities: Resale

2.   How long have you been a client of Wedbush Securities: 6 months

3.   Have you or any affiliated accounts deposited shares of this issuer within the last 90 days? ☐ Yes ☒ No

      If yes, please explain:

4.   Do you intend to deposit more shares in the future: ☐ Yes ☒ No If yes, how many:

5.   Date Security was acquired: 24 April 2017

6.   How were shares acquired? Explain: Buy in translation

7.   Was the Security acquired from the issuer? ☒ Yes ☐ No

8.   Was the prior owner an officer, director, affiliate control or 10% holder of the securities at the time, or within 90 days of Owner receipt of the security? ☐ Yes ☒ No

9.   If yes to #8, please explain:

10.  If gifted, indicate Prior Owner's purchase date, seller's name, and amount / manner of payment:

11.  Are you currently selling shares thru any other broker-dealer? No

12.  How many shares of the issuer are owned or controlled, directly or indirectly, by you? 0

13.  How many shares, if any, have been sold by you? 0

14.  How many shares have been purchased by/issued to, at issuer enrollment, the shareholder within the last year? 2,622,675

15.  Is the Security restricted from resale for any reason? ☐ Yes ☒ No

16.  If yes to #15, what is the basis for the restriction?

17. When does the restriction end?

18. If restricted, may the shares be sold with prospectus before the end of the restrictive period? ☐ Yes ☐ No

19. If yes to #18, how soon?

20. Was the Security covered by a current registration statement when acquired? ☑ Yes ☐ No

21. If yes to #20, please explain and included type of registration (e.g. S-1, Form 211, etc.)

22. Was the Security exempt from SEC registration when you acquired it? ☐ Yes ☑ No

23. If yes to #22, describe exemption relied upon:

24. If a non-SEC reporting company, please list Officers and Affiliates:

25. Has the Issuer been through a recent name change? ☐ Yes ☑ No

26. If yes to #25, what was (or were) the previous names?

27. Was Issuer a shell company when shares issued? ☐ Yes ☑ No

28. Is the corporate headquarters located in the same state that the shares were issued? ☐ Yes ☑ No

29. In which state were the shares issued?

30. Are you, or have you been, and officer, director, affiliate, control person or 5% owner of the Issuer? ☐ Yes ☐ No

31. If yes to #30, provide position and dates of duties held?

32. Are you, or any family member, a present or past officer, director, employee, control person, insider or large shareholder (10% or greater)? ☐ Yes ☑ No

   If yes, please explain:

33. Percent (%) of total outstanding shares the shareholder holds: 0%

34. Have you made any payment to any other person in connection with the sale of the security? (e.g. commission)

   ☐ Yes ☑ No

35. Have you made any arrangements for buy orders in connection with the sale of the security?

Revised 5/2010                                                    Page 2 of 5

36. Are there any stops or restrictions on shares? ☐ Yes  ☒ No        If yes, what is the type of stop or restriction:

37. If restricted, what safe harbor is being used to resell shares?

38. If Free trading, are the shares registered? ☒ Yes  ☐ No

39. If registered, type of registration (S-1, S-8, etc): fully up to date on OTC Markets.com

40. Is the registration statement effective? ☒ Yes  ☐ No

41. If not Registered, what safe harbor or exemption was used to create free trading shares or resell shares?

42. Attach proof of exemption: Attached ☐ Yes  ☐ No

43. Other information regarding the security deposit that you would like to provide:

The undersigned hereby represents that the information provided above is true and correct. The undersigned understands that Wedbush Securities Inc. will be relying on such information in determining whether to accept orders for the sale of the undersigned's securities. As condition to Wedbush Securities Inc.'s acceptance of any sale, the undersigned hereby agrees to the Terms and Conditions attached hereto.

Silverton SA                                                                  02 MA.19
(Name/Title of Entity)              (Security Owner Signature)              (Date)

## Thomas Kang

| | |
|---|---|
| **From:** | Rich Jablonski |
| **Sent:** | Wednesday, May 03, 2017 9:41 AM |
| **To:** | ▊▊▊▊▊ |
| **Cc:** | ACS Credit; Christina Castillo; Prime OPS |
| **Subject:** | Re: DWAC in: 2,622,675 EPTI |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | URGENT |

Approved

On May 3, 2017, at 11:24 AM, ▊▊▊▊▊▊ <▊▊▊▊▊▊@wedbush.com> wrote:

> Hi Rich – Can you approve?
>
> ▊▊▊▊▊▊
> Vice President
> <image001.gif>
> 142 W. 57ᵗʰ Street | New York | NY | 10019
> (212) 806-8746
> ▊▊▊▊▊▊@wedbush.com
> <image002.jpg>
>
>
> **From:** ▊▊▊▊▊▊
> **Sent:** Tuesday, May 02, 2017 4:58 PM
> **To:** Rich Jablonski; ACS Credit
> **Cc:** Prime OPS
> **Subject:** RE: DWAC in: 2,622,675 EPTI
>
> Rich – Can you approve?
>
> ▊▊▊▊▊▊
> Vice President
> <image001.gif>
> 142 W. 57ᵗʰ Street | New York | NY | 10019
> (212) 806-8746
> ▊▊▊▊▊▊@wedbush.com
> <image002.jpg>
>
>
> **From:** ▊▊▊▊▊▊
> **Sent:** Tuesday, May 02, 2017 1:08 PM
> **To:** Rich Jablonski; ACS Credit
> **Cc:** Prime OPS
> **Subject:** FW: DWAC in: 2,622,675 EPTI

**Rich** - Please approve a DWAC of 2,622,675 shares of Environmental Packaging Technologies Inc (EPTI, ISIN: US29408L1008) trades at 0.93 for:

Account# ████ 7572
Account Name: Silverton SA

This is a first party transfer as the stock is held in Silverton's name at the TA. I attach your DWAC auth checklist form also.

**Credit** – Please process, once approved.

**You should use " Silverton SA" as the reference on the transition or the TA will reject. The TA cannot initiate this transfer.**


FAST number:
50236
TA:
V Stock Transfer, LLC
Contact:
Ariel Lunar, ariel@vstocktransfer.com Phone: (212) 828-8436


████
Vice President
<image001.gif>
142 W. 57ᵗʰ Street | New York | NY | 10019
(212) 806-8746
████ @wedbush.com
<image002.jpg>


**From:** Silverton Operations [mailto:operations@silverton.ch]
**Sent:** Tuesday, May 02, 2017 12:39 PM
**To:** ████
**Cc:** Prime OPS
**Subject:** DWAC In: 2,622,675 EPTI

Dear Doreen,

Please initiate a DWAC of 2,622,675 shares of Environmental Packaging Technologies Inc (EPTI, ISIN: US29408L1008) for:

Account# ████ 7572
Account Name: Silverton SA

This is a first party transfer as the stock is held in Silverton's name at the TA. I attach your DWAC auth checklist form also.

Can you let me know when you have this set up in your system so I can tell the TA to look out for and match it.

**You should use " Silverton SA" as the reference on the transition or the TA will reject. The TA cannot initiate this transfer.**

Please also let me know when the stock has settled.

FAST number:
50236
TA:
V Stock Transfer, LLC
Contact:
Ariel Lunar, ariel@vstocktransfer.com Phone: (212) 828-8436

If you need any further information to process this DWAC, please let me know.

Regards,

Richard

[External Email]
Silverton SA - Operations
E: operations@silverton.ch
T: +41 (0) 27 768 2000
F: +41 (0) 22 594 8878

This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments. You must not disclose or distribute any of the contents to any other person.

EXHIBIT B



# TENDALL

CAPITAL MARKETS LTD

## **Equity Authentication Form**

Indicate Deposit Type: DWAC – ~~DTC~~ - ~~DRS~~

Issuer Name: _____ CURE Pharmaceutical Holding Corp _____

Issuer address: _____ Larnakos Avenue, 73 ap. 402, Nicosia 1046, Cyprus _____

Issuer Phone number: __+1(407)7205503___ Issuer Contact Person: _____

Issuer Counsel: ___Carmel, Milazzo & DiChiara LLP___ Shares outstanding: _____24,984,000_____

Transfer Agent: ___V Stock Transfer___ Transfer Agent Phone Number: _(212) 828-8436 ext._ 108

Transfer Agent Contact Person: _____ Ariel Lunar _____

Account # _____ Silverton SA _____SS# or Tax Id # _____ Non-US company _____

Shareholder name: _____ Silverton SA _____

Number of shares: ____1,008,000_____

Symbol: ____CURR_____ Cusip Number: _____ 23127P104 _____

Date of issuance: __11 Jul 2016___ Total number of shares beneficially owned: _1,069,420_

## Shareholder Questionnaire

**1.** How and when were these shares acquired? Please provide supporting documentation
_____ SPA _____

**2.** How many shares have been issued to, or transferred to, the Shareholder within the last year?
_____ 1,101,600 _____

**3.** Is the Shareholder a present or past officer, director, affiliate, control person or 5% owner of the Issuer? ~~Yes~~ / No

If yes, please describe each position including the duties and dates the position was held.

_____

**4.** Is any family member of the Shareholder a present or past officer, director, employee, control person, insider or large shareholder (10% or greater)? ~~Yes~~ / No

If yes, please describe each affiliation. _____

1

5. Has the Shareholder made any payment to any other person in connection with the sale of the security? (E.g. commission) ~~Yes~~ / No

6. Has the Shareholder made any arrangements for buy orders in connection with the sale of the security? ~~Yes~~ / No

## Prior Owner Information

7. Please describe how these shares were acquired. (E.g. payment for services/compensation, Stock Offering, Note/Debt Conversion, Employment Agreement)

SPA

8. Please attach supporting documentation of acquisition if available. Such documentation includes copies of private placement memorandum, offering agreement, certain employee compensation documentation, debt agreement, convertible notes, or employee agreement.

List document attached: _____ SPA _____

9. Was the Prior Owner an officer, director, affiliate, control or 10% holder of the securities at the time, or within 90 days of Owner's receipt of the security? ~~Yes~~ / No

If yes, describe the nature of the affiliation: _____

## Restriction

10. Is the security restricted from resale for any reason? ~~Yes~~ / No

**To avoid a possible violation of Section 5 of the Securities Act of 1933 (the "1933 Act"), the security must be either:**

1. Registered in an offering (how / when registered): _____

**Or:**

2. Cleared under an exemption from registration (what exemption): _____

Unrestricted free trading stock from Transfer Agent

3. Any stops, holds, or additional lock-ups: ~~Yes~~ / No   If yes, explain: _____

4. Is the security free of all encumbrances: Yes / ~~No~~   If no, explain: _____

5. Does current owner have anything to do with capitalizing the company, public relations or consulting: ~~Yes~~ / No If yes, explain: _____

6. Is the security part of an S-8 filing: ~~Yes~~ / No
   If yes, when: Date security was acquired _____ from whom: _____

## Shareholder Agreement

**The undersigned hereby represents that the information provided above is true and correct. The undersigned understands that Tendall Capital Markets Ltd. will be relying on such information in determining whether to accept the undersigned's securities. As condition to Tendall Capital Markets Ltd's acceptance of any securities, the undersigned hereby agrees to the Terms and Conditions attached hereto:**

Roger Knox
_____
Client Name (Print)


_____                    Date: 15 Mar 2017
Client Signature


### TERMS AND CONDITIONS

In consideration of Tendall Capital Markets Ltd. ("Tendall") accepting this Equity Authentication Form ("Questionnaire") the Security Owner understands and agrees to each of the following:

**1.** The Security Owner agrees to keep the foregoing Questionnaire information up to date and current with Tendall as long as the Security shares are being sold.

**2.** The Security Owner agrees to indemnify and hold Tendall harmless from and against any and all claims, damages, liabilities and expenses which Tendall incurs as a result of or in connection with any inaccuracy or omission in the Security Owner's responses to the Questionnaire.

**3.** To cooperate with any internal or external audit or regulatory inquiry relating to this Questionnaire or providing any information or documentation reasonably requested by Tendall to support the information provided in the Questionnaire and any Security sale executed in accordance with the Securities Laws (as defined below). This obligation to cooperate will remain in effect before and after the completion of the transfer of the assets.

**4.** The acceptance of any sale of the related securities are expressly subject to the Security Owner's strict adherence to all applicable federal securities laws, including, without limitation, those described below (the "Securities Laws"):

**Selling Unregistered Securities:** Federal securities law make it unlawful for a person to make use of any means or instrument of interstate commerce or of the mails to sell a security which has not been registered, or to deliver through the mail a security which has not been registered. Accordingly, unless a person can apply an exemption to its sales of securities, all securities sold are required to be registered pursuant to Section 5 of the Securities Act of 1933 (the "1933 Act").

**Securities Fraud:** Federal securities law make it unlawful for any person to offer or sell securities by the use of any means of interstate communication or transportation, including the mails, in order to employ a scheme to defraud, to obtain money by omitting material information, or to engage in a course of business that would operate as a fraud on the purchaser.

**Insider Trading:** Federal securities law prohibits insider trading, which generally refers to buying or selling a security, in breach of a fiduciary duty or other relationship of trust and confidence, while in possession of material, nonpublic information about the security. Insider trading violations may also include "tipping" such information, securities trading by the person tipped, and securities trading by those who misappropriate such information.

**Market Manipulation:** Market manipulation describes a deliberate attempt to interfere with the free and fair operation of the market and create artificial, false or misleading appearances with respect to the price of, or market for a security, commodity or currency. Market manipulation is prohibited under federal securities law. Market manipulation can occur in multiple ways including.
**Pools** – Agreements, often written, among a group of traders to delegate authority to a single manager to trade in a specific stock for a specific period of time and then to share in the resulting profits or losses **Churning** – Placing both buy and sell orders at about the same price. The increase in activity is intended to attract additional investors, and increase the price.
**Runs** – Creating activity or rumors in order to drive the price of a security up. This activity is usually referred to as "Painting the Tape."
**Ramping** (the market) – Actions designed to artificially raise the market price of listed securities and to give the impression of voluminous trading, in order to make a quick profit
**Wash sale** – Selling and repurchasing the same or substantially the same security for the purpose of generating activity and increasing the price
**Bear raid** – Attempting to push the price of a stock down by heavy selling or short selling
**Anti-Money Laundering:** The Bank Secrecy Act (BSA) and its implementing regulations is a tool the U.S. government uses to fight drug trafficking, money laundering, and other crimes Congress enacted the BSA to prevent banks and other financial service providers from being used as intermediaries for, or to hide the transfer or deposit of money, derived from, criminal activity. Federal law makes money laundering a criminal act. Money laundering is the criminal practice of filtering ill-gotten gains or "dirty" money through a maze or series of transactions so the funds are "cleaned" to look like proceeds from legal activities

3

**EXHIBIT C**



# EXHIBIT D - SILVERTON FUNDS FLOW

| **WEDBUSH SECURITIES** | | **LINEAR INVESTMENTS LTD** | | **TENDALL CAPITAL** | | **PROMETHEUS CAPITAL** | |
|---|---|---|---|---|---|---|---|
| (36,789,000) | SILVERTON - CITI3963 | (19,698,321) | SILVERTON - CITI3963 | (12,240,049) | SILVERTON - CITI3963 | (14,667,697) | SILVERTON - AFRA9019 |
| (5,166,000) | SILVERTON - WF9757 | (9,920,000) | SILVERTON - BALTLV97 | (5,179,720) | SILVERTON - BALTLV97 | (4,222,576) | SILVERTON - CITI3963 |
| (444,000) | WINTERCAP - TD9280 | (1,854,925) | SILVERTON - AFRA9019 | (3,978,780) | SILVERTON - WF9757 | (3,279,858) | SILVERTON - WF9757 |
| | | (1,236,900) | SILVERTON - WF9757 | (2,126,900) | WINTERCAP - TD9280 | | |
| | | (750,000) | SILVERTON - BALTLV76 | (1,069,802) | SILVERTON - AFRA9019 | | |
| | | (112,236) | SILVERTON - AFRA0024 | | | | |
| TOTAL (42,399,000) | | (33,572,383) | | (24,595,251) | | (22,170,131) | |

| **VALBURY CAPITAL** | | **FORTE SECURITIES LTD** | | **FORTE SECURITIES LLC** | | **CANACCORD GENIUTY** | |
|---|---|---|---|---|---|---|---|
| (12,187,419) | SILVERTON - CITI3963 | (7,455,001) | SILVERTON - BALTLV97 | (4,889,000) | SILVERTON - CITI3963 | (5,245,361) | WB21 - WF7434 |
| (536,831) | SILVERTON - AFRA9030 | (3,874,527) | SILVERTON - AFRA9019 | (887,201) | SILVERTON - WF9757 | | |
| (307,850) | SILVERTON - AFRA0024 | | | | | | |
| TOTAL (13,032,100) | | (11,329,528) | | (5,776,201) | | (5,245,361) | |

| **PETER PESIC** | | **APEX CLEARING CORP** | | **COWEN INTERNATIONAL** | | **HAYWOOD SECURITIES INC** | |
|---|---|---|---|---|---|---|---|
| (2,243,850) | WB21 - WF7434 | (1,250,000) | SILVERTON - WF9757 | (935,661) | WB21 - CITI2788 | (776,029) | SILVERTON - BOM8405 |
| (1,427,000) | SILVERTON - WF9757 | | | | | | |
| (238,000) | WINTERCAP - TD9280 | | | | | | |
| TOTAL (3,908,850) | | (1,250,000) | | (935,661) | | (776,029) | |

| **TOTAL CASH FROM BROKERAGE FIRMS:** | (164,990,495) |
|---|---|

**SILVERTON SA CONTROLLED ACCOUNTS**

| | INFLOWS FROM BROKERAGE ACCOUNTS | INFLOWS FROM TRANSFERS | OUTFLOWS FROM TRANSFERS | SUMMARY BY ACCOUNT |
|---|---|---|---|---|
| **SILVERTON SA BALTIKUMS BANK LATVIA** | **SILVERTON - BALTLV97**<br>9,920,000  LINEAR INVESTMENTS LTD<br>7,455,001  FORTE SECURITIES LTD<br>5,179,720  TENDALL CAPITAL | **SILVERTON - BALTLV97**<br>750,000  SILVERTON - BALTLV76 | **SILVERTON - BALTLV97**<br>(6,365,389) SILVERTON - BALTLV76<br>(3,659,892) WB21 - CITI2788<br>(2,540,810) SILVERTON - CITI3963<br>(1,688,625) SILVERTON - WF9757<br>(1,068,250) SILVERTON - MAU6642<br>(926,000) WB21 - WF7434<br>(645,000) SILVERTON - BOM0495<br>(7,662) SILVERTON - BOM8405 | **SILVERTON - BALTLV97**<br>22,554,721  Inflows from Brokers<br>750,000  Inflows from Transfers<br>(16,901,628) Outflows from Transfers<br>6,403,093  Net |
| | **SILVERTON - BALTLV76**<br>750,000  LINEAR INVESTMENTS LTD | **SILVERTON - BALTLV76**<br>6,365,389   SILVERTON - BALTLV97 | **SILVERTON - BALTLV76**<br>(750,000)  SILVERTON - BALTLV97<br>(945,024)  SILVERTON - AFRA0013<br>(812,500)  SILVERTON - MAU6642<br>(4,000)  WB21 - WF7434 | **SILVERTON - BALTLV76**<br>750,000  Inflows from Brokers<br>6,365,389  Inflows from Transfers<br>(2,511,524) Outflows from Transfers<br>4,603,866  Net |
| **SILVERTON SA AFRASIA BANK MAURITIUS** | **SILVERTON - AFRA9019**<br>14,667,697  PROMETHEUS CAPITAL<br>3,874,527  FORTE SECURITIES LTD<br>1,854,925  LINEAR INVESTMENTS LTD<br>1,069,802  TENDALL CAPITAL | **SILVERTON - AFRA9019**<br>1,492,000  WB21 - CITI2788 | **SILVERTON - AFRA9019**<br>(8,790,371) SILVERTON - AFRA9030<br>(3,384,940) WB21 - CITI2788<br>(2,759,670) SILVERTON - CITI3963<br>(882,420) SILVERTON - WF9757<br>(438,995) SILVERTON - AFRA9028<br>(305,000) WB21 - WF7434 | **SILVERTON - AFRA9019**<br>21,466,951  Inflows from Brokers<br>1,492,000  Inflows from Transfers<br>(16,561,395) Outflows from Transfers<br>6,397,556  Net |
| | **SILVERTON - AFRA0024**<br>307,850  VALBURY CAPITAL<br>112,236  LINEAR INVESTMENTS LTD | **SILVERTON - AFRA0024** | **SILVERTON - AFRA0024** | **SILVERTON - AFRA0024**<br>420,087  Inflows from Brokers<br>-  Inflows from Transfers<br>-  Outflows from Transfers<br>420,087  Net |
| | **SILVERTON - AFRA9030**<br>536,831  VALBURY CAPITAL | **SILVERTON - AFRA9030**<br>8,790,371  SILVERTON - AFRA9019 | **SILVERTON - AFRA9030**<br>(99,970) SILVERTON - BOM0495<br>(5,000) WB21 - WF7434 | **SILVERTON - AFRA9030**<br>536,831  Inflows from Brokers<br>8,790,371  Inflows from Transfers<br>(104,970) Outflows from Transfers<br>9,222,232  Net |
| | **SILVERTON - AFRA0013** | **SILVERTON - AFRA0013**<br>945,024  SILVERTON - BALTLV76 | **SILVERTON - AFRA0013**<br>(322,167) SILVERTON - BOM8405 | **SILVERTON - AFRA0013**<br>-  Inflows from Brokers<br>945,024  Inflows from Transfers<br>(322,167) Outflows from Transfers<br>622,856  Net |
| | **SILVERTON - AFRA9028** | **SILVERTON - AFRA9028**<br>438,995  SILVERTON - AFRA9019 | **SILVERTON - AFRA9028** | **SILVERTON - AFRA9028**<br>-  Inflows from Brokers<br>438,995  Inflows from Transfers<br>-  Outflows from Transfers<br>438,995  Net |

| SILVERTON SA MAUBANK MAURITIUS | SILVERTON - MAU6642 | | SILVERTON - MAU6642 | | SILVERTON - MAU6642 | SILVERTON - MAU6642 | |
|---|---|---|---|---|---|---|---|
| | | | 1,068,250 | SILVERTON - BALTLV97 | | - | Inflows from Brokers |
| | | | 812,500 | SILVERTON - BALTLV76 | | 1,880,750 | Inflows from Transfers |
| | | | | | | - | Outflows from Transfers |
| | | | | | | 1,880,750 | Net |
| SILVERTON SA BANK OF MONTREAL CANADA | SILVERTON - BOM8405 | | SILVERTON - BOM8405 | | SILVERTON - BOM8405 | SILVERTON - BOM8405 | |
| | 776,029 | HAYWOOD SECURITIES INC | 7,662 | SILVERTON - BALTLV97 | | 776,029 | Inflows from Brokers |
| | | | 322,167 | SILVERTON - AFRA0013 | | 329,830 | Inflows from Transfers |
| | | | | | | - | Outflows from Transfers |
| | | | | | | 1,105,858 | Net |
| | SILVERTON - BOM0495 | | SILVERTON - BOM0495 | | SILVERTON - BOM0495 | SILVERTON - BOM0495 | |
| | | | 645,000 | SILVERTON - BALTLV97 | | - | Inflows from Brokers |
| | | | 99,970 | SILVERTON - AFRA9030 | | 744,970 | Inflows from Transfers |
| | | | | | | - | Outflows from Transfers |
| | | | | | | 744,970 | Net |

| TOTAL SILVERTON SA | 46,504,619 | 21,737,328 | (36,401,685) | |
|---|---|---|---|---|

## GASTAUER CONTROLLED ACCOUNTS

### SILVERTON SA INC

| INFLOWS FROM BROKERAGE ACCOUNTS | INFLOWS FROM TRANSFERS | OUTFLOWS FROM TRANSFERS | |
|---|---|---|---|
| **SILVERTON - CITI3963** | **SILVERTON - CITI3963** | **SILVERTON - CITI3963** | **SILVERTON - CITI3963** |
| 36,789,000 WEDBUSH SECURITIES | 2,540,810 SILVERTON - BALTLV97 | (96,896,303) WB21 - CITI2788 | 90,026,365 Inflows from Brokers |
| 19,698,321 LINEAR INVESTMENTS LTD | 2,759,670 SILVERTON - AFRA9019 | (3,801,000) WB21 - JPMC3753 | 5,550,480 Inflows from Transfers |
| 12,240,049 TENDALL CAPITAL | 250,000 SILVERTON - JPMCS630 | (720,000) SILVERTON - JPMCS630 | (101,417,303) Outflows from Transfers |
| 12,187,419 VALBURY CAPITAL | | | (5,840,458) Net |
| 4,889,000 FORTE SECURITIES LLC | | | |
| 4,222,576 PROMETHEUS CAPITAL | | | |
| **SILVERTON - WF9757** | **SILVERTON - WF9757** | **SILVERTON - WF9757** | **SILVERTON - WF9757** |
| 5,166,000 WEDBUSH SECURITIES | 1,688,625 SILVERTON - BALTLV97 | (8,337,519) WB21 - WF7434 | 17,225,739 Inflows from Brokers |
| 3,978,780 TENDALL CAPITAL | 882,420 SILVERTON - AFRA9019 | (6,821,852) WB21NA - WF5546 | 2,671,045 Inflows from Transfers |
| 3,279,858 PROMETHEUS CAPITAL | 100,000 SILVERTON - JPMCS630 | (2,450,000) WB21 - JPMC3753 | (19,469,370) Outflows from Transfers |
| 1,427,010 PETER PESIC | | (1,700,000) SILVERTON - JPMCS630 | 427,413 Net |
| 1,250,000 APEX CLEARING CORP | | (100,000) WB21 - CITI2788 | |
| 1,236,900 LINEAR INVESTMENTS LTD | | (40,000) WB21 - JPMC2588 | |
| 887,201 SILVERTON - WF9757 | | (20,000) CCC - CITI0409 | |
| **SILVERTON - JPMCS630** | **SILVERTON - JPMCS630** | **SILVERTON - JPMCS630** | **SILVERTON - JPMCS630** |
| | 720,000 SILVERTON - CITI3963 | (250,000) SILVERTON - CITI3963 | - Inflows from Brokers |
| | 1,700,000 SILVERTON - WF9757 | (100,000) SILVERTON - WF9757 | 3,885,290 Inflows from Transfers |
| | 50,100 CCC - JPMC7228 | (1,750,000) WB21 - JPMC3753 | (4,020,572) Outflows from Transfers |
| | 1,350,190 WB21 - JPMC3753 | (1,520,000) WB21 - CITI2788 | (135,282) Net |
| | 65,000 WB21NA - JPMC9118 | (200,472) CCC - JPMC7228 | |
| | | (200,100) WB21NA - JPMC9118 | |

### WINTERCAP SA INC

| INFLOWS FROM BROKERAGE ACCOUNTS | INFLOWS FROM TRANSFERS | OUTFLOWS FROM TRANSFERS | |
|---|---|---|---|
| **WINTERCAP - TD9280** | **WINTERCAP - TD9280** | **WINTERCAP - TD9280** | **WINTERCAP - TD9280** |
| 2,126,900 TENDALL CAPITAL | | (1,500,000) WINTERCAP - CITI0046 | 2,808,900 Inflows from Brokers |
| 444,000 WEDBUSH SECURITIES | | | - Inflows from Transfers |
| 238,000 PETER PESIC | | | (1,500,000) Outflows from Transfers |
| | | | 1,308,900 Net |
| **WINTERCAP - CITI0046** | **WINTERCAP - CITI0046** | **WINTERCAP - CITI0046** | **WINTERCAP - CITI0046** |
| | 1,500,000 WINTERCAP - TD9280 | (1,496,728) B2CAP - CITI7795 | - Inflows from Brokers |
| | | | 1,500,000 Inflows from Transfers |
| | | | (1,496,728) Outflows from Transfers |
| | | | 3,272 Net |

### WB21 US INC

| INFLOWS FROM BROKERAGE ACCOUNTS | INFLOWS FROM TRANSFERS | OUTFLOWS FROM TRANSFERS | |
|---|---|---|---|
| **WB21 - WF7434** | **WB21 - WF7434** | **WB21 - WF7434** | **WB21 - WF7434** |
| 5,245,361 CANACCORD GENIUTY | 926,000 SILVERTON - BALTLV97 | (7,650,000) CCC - CITI0409 | 7,489,211 Inflows from Brokers |
| 2,243,850 PETER PESIC | 4,000 SILVERTON - BALTLV76 | (4,250,000) WB21 - CITI2788 | 9,972,519 Inflows from Transfers |
| | 305,000 SILVERTON - AFRA9019 | (4,048,250) WB21NA - WF5546 | (16,840,099) Outflows from Transfers |
| | 5,000 SILVERTON - AFRA9030 | (350,000) WB21 - JPMC3753 | 621,630 Net |
| | 8,337,519 SILVERTON - WF9757 | (250,000) WB21NA - BOFA3021 | |
| | 145,000 WB21 - JPMC3753 | (200,000) WB21NA - JPMC9118 | |
| | 250,000 WB21NA - JPMC9118 | (91,849) WB21NA - SBW1652 | |

**WB21 - CITI2788**

| | | | |
|---|---|---|---|
| 935,661 COWEN INTERNATIONAL | 3,659,892 SILVERTON - BALTLV97 | (1,492,000) SILVERTON - AFRA9019 | 935,661 Inflows from Brokers |
| | 3,384,940 SILVERTON - AFRA9019 | (5,607,100) CCC - CITI0409 | 114,625,136 Inflows from Transfers |
| | 96,896,303 SILVERTON - CITI3963 | (950,000) WB21 - JPMC3753 | (8,049,100) Outflows from Transfers |
| | 100,000 SILVERTON - WF9757 | | 107,511,697 Net |
| | 1,520,000 SILVERTON - JPMC5630 | | |
| | 4,250,000 WB21 - WF7434 | | |
| | 4,814,001 WB21 - JPMC3753 | | |

**WB21 - JPMC3753**

| | | | |
|---|---|---|---|
| | 3,801,000 SILVERTON - CITI3963 | (1,350,190) SILVERTON - JPMC5630 | - Inflows from Brokers |
| | 2,450,000 SILVERTON - WF9757 | (145,000) WB21 - WF7434 | 9,351,000 Inflows from Transfers |
| | 1,750,000 SILVERTON - JPMC5630 | (4,814,001) WB21 - CITI2788 | (8,601,106) Outflows from Transfers |
| | 350,000 WB21 - WF7434 | (1,550,100) CCC - JPMC7228 | 749,894 Net |
| | 950,000 WB21 - CITI2788 | (581,815) WB21NA - JPMC9118 | |
| | 50,000 WB21 - JPMC2588 | (150,000) WB21NA - JPMC7773 | |
| | | (10,000) WB21 - JPMC2588 | |

**WB21 - JPMC2588**

| | | | |
|---|---|---|---|
| | 40,000 SILVERTON - WF9757 | (50,000) WB21 - JPMC3753 | - Inflows from Brokers |
| | 10,000 WB21 - JPMC3753 | | 50,000 Inflows from Transfers |
| | | | (50,000) Outflows from Transfers |
| | | | - Net |

**WB21 NA INC**

**WB21NA - WF5546**

| | | | |
|---|---|---|---|
| | 6,821,852 SILVERTON - WF9757 | | - Inflows from Brokers |
| | 4,048,250 WB21 - WF7434 | | 10,870,102 Inflows from Transfers |
| | | | Outflows from Transfers |
| | | | 10,870,102 Net |

**WB21NA - JPMC9118**

| | | | |
|---|---|---|---|
| | 200,100 SILVERTON - JPMC5630 | (65,000) SILVERTON - JPMC5630 | - Inflows from Brokers |
| | 200,000 WB21 - WF7434 | (250,000) WB21 - WF7434 | 1,533,086 Inflows from Transfers |
| | 581,815 WB21 - JPMC3753 | (400,000) WB21NA - JPMC7773 | (1,296,400) Outflows from Transfers |
| | 979 CCC - JPMC7228 | (305,000) CCC - JPMC7228 | 236,686 Net |
| | 550,191 WB21NA - JPMC7773 | (276,400) WB21NA - SBW1652 | |

**WB21NA - BOFA3021**

| | | | |
|---|---|---|---|
| | 250,000 WB21 - WF7434 | (334,351) WB21NA - BOFA1703 | - Inflows from Brokers |
| | 12,100 WB21NA - BOFA1703 | | 347,100 Inflows from Transfers |
| | 5,000 WB21NA - SBW1652 | | (334,351) Outflows from Transfers |
| | 80,000 WB21NA - TD8020 | | 12,749 Net |

**WB21NA - BOFA1703**

| | | | |
|---|---|---|---|
| | 334,351 WB21NA - BOFA3021 | (12,100) WB21NA - BOFA3021 | - Inflows from Brokers |
| | | (322,251) WB21NA - TD8381 | 334,351 Inflows from Transfers |
| | | | (334,351) Outflows from Transfers |
| | | | - Net |

| Entity | Panel 1 | Panel 2 | Panel 3 | Panel 4 |
|---|---|---|---|---|
| | **WB21NA - SBW1652** | **WB21NA - SBW1652**<br>91,849 WB21 - WF7434<br>276,400 WB21NA - JPMC9118<br>50,000 WB21NA - TD8020 | **WB21NA - SBW1652**<br>(5,000) WB21NA - BOFA3021<br>(125,690) WB21NA - TD8020 | **WB21NA - SBW1652**<br>- Inflows from Brokers<br>418,249 Inflows from Transfers<br>(130,690) Outflows from Transfers<br>287,559 Net |
| | **WB21NA - JPMC7773** | **WB21NA - JPMC7773**<br>150,000 WB21 - JPMC3753<br>400,000 WB21NA - JPMC9118<br>100 CCC - JPMC0939 | **WB21NA - JPMC7773**<br>(550,191) WB21NA - JPMC9118 | **WB21NA - JPMC7773**<br>- Inflows from Brokers<br>550,100 Inflows from Transfers<br>(550,191) Outflows from Transfers<br>(91) Net |
| | **WB21NA - TD8020** | **WB21NA - TD8020**<br>125,690 WB21NA - SBW1652 | **WB21NA - TD8020**<br>(80,000) WB21NA - BOFA3021<br>(50,000) WB21NA - SBW1652<br>(140,000) WB21NA - TD8381 | **WB21NA - TD8020**<br>- Inflows from Brokers<br>125,690 Inflows from Transfers<br>(130,000) Outflows from Transfers<br>(4,310) Net |
| | **WB21NA - TD8381** | **WB21NA - TD8381**<br>322,251 WB21NA - BOFA1703<br>140,000 WB21NA - TD8020 | **WB21NA - TD8381** | **WB21NA - TD8381**<br>- Inflows from Brokers<br>462,251 Inflows from Transfers<br>- Outflows from Transfers<br>462,251 Net |
| **C CAPITAL CORP** | **CCC - CITI0409** | **CCC - CITI0409**<br>20,000 SILVERTON - WF9757<br>7,650,000 WB21 - WF7434<br>5,607,100 WB21 - CITI2788<br>650,000 CCC - JPMC7228 | **CCC - CITI0409** | **CCC - CITI0409**<br>- Inflows from Brokers<br>13,927,100 Inflows from Transfers<br>- Outflows from Transfers<br>13,927,100 Net |
| | **CCC - JPMC7228** | **CCC - JPMC7228**<br>200,472 SILVERTON - JPMC5630<br>1,550,100 WB21 - JPMC3753<br>305,000 WB21NA - JPMC9118<br>750,073 CCC - JPMC0939 | **CCC - JPMC7228**<br>(50,100) SILVERTON - JPMC5630<br>(979) WB21NA - JPMC9118<br>(650,000) CCC - CITI0409<br>(750,151) CCC - JPMC0939 | **CCC - JPMC7228**<br>- Inflows from Brokers<br>2,805,645 Inflows from Transfers<br>(1,451,230) Outflows from Transfers<br>1,354,415 Net |
| | **CCC - JPMC0939** | **CCC - JPMC0939**<br>750,151 CCC - JPMC7228 | **CCC - JPMC0939**<br>(750,073) CCC - JPMC7228<br>(100) WB21NA - JPMC7773 | **CCC - JPMC0939**<br>- Inflows from Brokers<br>750,151 Inflows from Transfers<br>(750,173) Outflows from Transfers<br>(22) Net |
| **B2 CAP INC** | **B2CAP - CITI7795** | **B2CAP - CITI7795**<br>1,496,728 WINTERCAP - CITI0046 | **B2CAP - CITI7795** | **B2CAP - CITI7795**<br>- Inflows from Brokers<br>1,496,728 Inflows from Transfers<br>- Outflows from Transfers<br>1,496,728 Net |
| **TOTAL GASTAUER** | 118,485,875 | 181,226,022 | (166,561,665) | |
| **OVERALL TOTAL** | 164,990,495 | 202,963,349 | - | (202,963,349) |

Panel 4 totals:
- 164,990,495 Inflows from Brokers
- 202,963,349 Inflows from Transfers
- (202,823,349) Outflows from Transfers

**EXHIBIT E - LEGEND FOR BANK ACCOUNT CODES USED IN EXHIBIT F**

| Account Name | Financial Institution | Country | Account Number | Shorthand on Funds Flow |
|---|---|---|---|---|
| Silverton SA | Bank of Montreal | CANADA | 0495 (USD) | SILVERTON - BOM0495 |
| Silverton SA | Bank of Montreal | CANADA | 8405 (CAD) | SILVERTON - BOM8405 |
| Silverton SA | Baltikums Bank | LATVIA | 0002 0 | SILVERTON - BALTLV97 |
| Silverton SA | Baltikums Bank | LATVIA | 0001 0 | SILVERTON - BALTLV76 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9019 (USD) | SILVERTON - AFRA9019 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9028 (CAD) | SILVERTON - AFRA9028 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9030 (USD) | SILVERTON - AFRA9030 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 0013 (CHF) | SILVERTON - AFRA0013 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 0024 (EUR) | SILVERTON - AFRA0024 |
| Silverton SA | MauBank | MAURITIUS | 6642 (USD) | SILVERTON - MAU6642 |
| B2 Cap, Inc. | Citibank | US | 7795 | B2CAP - CITI7795 |
| C Capital Corp | Citibank | US | 0409 | CCC - CITI0409 |
| C Capital Corp | JP Morgan Chase | US | 7228 | CCC - JPMC7228 |
| C Capital Corp | JP Morgan Chase | US | 0939 | CCC - JPMC0939 |
| Silverton S.A., Inc. | Citibank | US | 3963 | SILVERTON - CITI3963 |
| Silverton S.A., Inc. | JP Morgan Chase | US | 5630 | SILVERTON - JPMC5630 |
| Silverton S.A., Inc. | Wells Fargo | US | 9757 | SILVERTON - WF9757 |
| WB21 N.A., Inc. | Bank of America | US | 3021 | WB21NA - BOFA3021 |
| WB21 N.A., Inc. | Bank of America | US | 1703 | WB21NA - BOFA1703 |
| WB21 N.A., Inc. | JP Morgan Chase | US | 9118 | WB21NA - JPMC9118 |
| WB21 N.A., Inc. | JP Morgan Chase | US | 7773 | WB21NA - JPMC7773 |
| WB21 N.A., Inc. | Savings Bank of Walpole | US | 1652 | WB21NA - SBW1652 |
| WB21 N.A., Inc. | TD Bank | US | 8020 | WB21NA - TD8020 |
| WB21 N.A., Inc. | TD Bank | US | 8381 | WB21NA - TD8381 |
| WB21 N.A., Inc. | Wells Fargo | US | 5546 | WB21NA - WF5546 |
| WB21 US, Inc. | Citibank | US | 2788 | WB21 - CITI2788 |
| WB21 US, Inc. | JP Morgan Chase | US | 3753 | WB21 - JPMC3753 |
| WB21 US, Inc. | JP Morgan Chase | US | 2588 | WB21 - JPMC2588 |
| WB21 US, Inc. | Wells Fargo | US | 7434 | WB21 - WF7434 |
| Wintercap SA, Inc. | Citibank | US | 0046 | WINTERCAP - CITI0046 |
| Wintercap SA, Inc. | TD Bank | US | 9280 | WINTERCAP - TD9280 |

**EXHIBIT E - LEGEND FOR BANK ACCOUNT CODES USED IN EXHIBIT D**

| Account Name | Financial Institution | Country | Account Number | Shorthand on Funds Flow |
|---|---|---|---|---|
| Silverton SA | Bank of Montreal | CANADA | 0495 (USD) | SILVERTON - BOM0495 |
| Silverton SA | Bank of Montreal | CANADA | 8405 (CAD) | SILVERTON - BOM8405 |
| Silverton SA | Baltikums Bank | LATVIA | 0002 0 | SILVERTON - BALTLV97 |
| Silverton SA | Baltikums Bank | LATVIA | 0001 0 | SILVERTON - BALTLV76 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9019 (USD) | SILVERTON - AFRA9019 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9028 (CAD) | SILVERTON - AFRA9028 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 9030 (USD) | SILVERTON - AFRA9030 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 0013 (CHF) | SILVERTON - AFRA0013 |
| Silverton SA | AfrAsia Bank | MAURITIUS | 0024 (EUR) | SILVERTON - AFRA0024 |
| Silverton SA | MauBank | MAURITIUS | 6642 (USD) | SILVERTON - MAU6642 |
| B2 Cap, Inc. | Citibank | US | 7795 | B2CAP - CITI7795 |
| C Capital Corp | Citibank | US | 0409 | CCC - CITI0409 |
| C Capital Corp | JP Morgan Chase | US | 7228 | CCC - JPMC7228 |
| C Capital Corp | JP Morgan Chase | US | 0939 | CCC - JPMC0939 |
| Silverton S.A., Inc. | Citibank | US | 3963 | SILVERTON - CITI3963 |
| Silverton S.A., Inc. | JP Morgan Chase | US | 5630 | SILVERTON - JPMC5630 |
| Silverton S.A., Inc. | Wells Fargo | US | 9757 | SILVERTON - WF9757 |
| WB21 N.A., Inc. | Bank of America | US | 3021 | WB21NA - BOFA3021 |
| WB21 N.A., Inc. | Bank of America | US | 1703 | WB21NA - BOFA1703 |
| WB21 N.A., Inc. | JP Morgan Chase | US | 9118 | WB21NA - JPMC9118 |
| WB21 N.A., Inc. | JP Morgan Chase | US | 7773 | WB21NA - JPMC7773 |
| WB21 N.A., Inc. | Savings Bank of Walpole | US | 1652 | WB21NA - SBW1652 |
| WB21 N.A., Inc. | TD Bank | US | 8020 | WB21NA - TD8020 |
| WB21 N.A., Inc. | TD Bank | US | 8381 | WB21NA - TD8381 |
| WB21 N.A., Inc. | Wells Fargo | US | 5546 | WB21NA - WF5546 |
| WB21 US, Inc. | Citibank | US | 2788 | WB21 - CITI2788 |
| WB21 US, Inc. | JP Morgan Chase | US | 3753 | WB21 - JPMC3753 |
| WB21 US, Inc. | JP Morgan Chase | US | 2588 | WB21 - JPMC2588 |
| WB21 US, Inc. | Wells Fargo | US | 7434 | WB21 - WF7434 |
| Wintercap SA, Inc. | Citibank | US | 0046 | WINTERCAP - CITI0046 |
| Wintercap SA, Inc. | TD Bank | US | 9280 | WINTERCAP - TD9280 |

# EXHIBIT F

[04/10/2016 22:00:49] ████████ : EOD on its way thank you all. GN.

[04/10/2016 22:01:09] Roger Knox: thx, night

[05/10/2016 15:15:51] ████████ : Afternoon everyone

[05/10/2016 15:54:08] Roger Knox: hi

[05/10/2016 15:54:14] tendall capital: hey there

[05/10/2016 16:48:45] Silverton SA: Guys, any news yet on if you can take in the names mentioned yesterday via DWAC?

[05/10/2016 16:50:03] ████████ : I will call you shortly

[05/10/2016 16:50:16] Silverton SA: just type on here pls so R can see also

[05/10/2016 16:55:10] ████████ : We cannot deposit it at Fidelity.  We made an inquiry with Linear but no word as of yet. We can try at Alpine and I can send you their DD questionnaire for your consideration.

[05/10/2016 16:55:35] Roger Knox: who's account at Alpine?

[05/10/2016 16:56:03] ████████ : This is regarding SRUP. We have an account with Alpine

[05/10/2016 16:56:13] Roger Knox: most each and every BO be identified?

[05/10/2016 16:56:25] Roger Knox: must...

[05/10/2016 16:56:55] Roger Knox: or if position renamed into Silverton, will then accept us?

[05/10/2016 17:00:48] ████████ : Hi Roger, let me give them a quick call to clarify as  your situation is unique in a sense that you have clients put position in your name first. As Cayman Securities (branch of Alpine) also requires our clients to put the stock in their name when sent via dwac.

[05/10/2016 17:01:58] Roger Knox: ok, thx, appreciated

[05/10/2016 17:02:24] Roger Knox: my client may as well go direct, as I would be unable to add value

[05/10/2016 17:08:48] ████████ : Just clarified, the name change into Caymans only applies with physicals and not dwac. They need to know who the UBO is, which you can fill all the info out, you will just need your clients signature

[05/10/2016 17:09:11] ████████ : Would you like me to send you the paper work just to have an idea of what we are talking about? Pretty standard stuff

[05/10/2016 17:14:24] Roger Knox: please do

[05/10/2016 22:00:37] ████████ : Good night.

[05/10/2016 22:12:56] Roger Knox: bye

[06/10/2016 12:34:19] Roger Knox: Good day

[06/10/2016 12:34:37] Roger Knox: DWAC status, can we proceed to instruct CATQ please?