UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) | |
| Plaintiff ) ) | |
| v.  ) ) | No. 18-cv-12058-RGS |
| Roger Knox et al., ) ) | |
| Defendants ) | |

MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Counsel for the defendant Roger Knox moves this Court for leave to file under seal Exhibit A to the affidavit of Philip G. Cormier in support of the defendant's motion to modify this Court's temporary restraining order.

As grounds for this motion, counsel states that the exhibit to be filed is a bank record from counsel's firms's IOLTA account. As such, the exhibit contains private information that cannot ethically be publicly disclosed and made available on PACER. The record is partially redacted in order to protect the firm's confidential account information.

Wherefore, counsel requests leave to submit under seal Exhibit A to the Cormier Affidavit.

Respectfully submitted

By his attorney,

/s/ Philip G. Cormier
Philip G. Cormier
Good Schneider Cormier & Fried
83 Atlantic Avenue

Boston, MA 02110
(617) 523-5933

CERTIFICATE OF SERVICE

I, Philip G. Cormier, do hereby certify that this document has been filed electronically via this Court's electronic case filing system ("ECF"),and will be served electronically upon the parties identified in the Notice of Electronic Filing ("NEF") this 9th day of October, 2018.

/s/ Philip G. Cormier