UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-12058-RGS

SECURITIES AND EXCHANGE COMMISSION

v.

ROGER KNOX et al.

ORDER ON MOTION
TO WITHDRAW AS ATTORNEY

October 19, 2018

STEARNS, D.J.

The motion to withdraw as counsel [Dkt. #43] is ALLOWED. However, counsel must place the funds Roger Knox placed with its firm, Good, Schneider, Cormier & Fried, in its IOLTA account, with the court in its Court Registry Investment System until such time as a ruling is made on the availability of those funds for Knox's legal fees.[1]

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Knox has until October 31, 2018, to submit competent evidence establishing a dispute of fact as to whether the funds at issue are untainted. The showing may be made ex parte under seal.