UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                   Plaintiff,<br>v.<br>ROGER KNOX, WINTERCAP SA, MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>                   Defendants.<br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC,<br>                   Relief Defendants. | Civil Action No. 18-CV-12058-RGS |

## **ERKLÄRUNG VON SIMONE GASTAUER FOEHR**

Ich, Simone Gastauer Foehr, unter der Strafandrohung von Meineid, erkläre:

1. Ich erstatte diese eidesstattliche Erklärung zur Unterstützung meines Begehrens auf Klageabweisung mangels persönlicher Zuständigkeit. Ich bin älter als 18 Jahre alt und habe persönliche Kenntnis von den in dieser Erklärung enthaltenen Tatsachen.

2. Ich habe verstanden, dass ich in der Klageschrift als eine "relief defendant" genannt worden bin.

3. Ich bin deutsche Staatsbürgerin und habe meinen ordentlichen Wohnsitz in der Schweiz. Ich wohne mit meiner 12 Jahre alten Tochter im Kanton Zug, Schweiz.

4. Ich habe nie in Massachusetts gelebt, und ich habe Massachusetts nie besucht.

5. Ich habe nie in den Vereinigten Staaten gelebt. Im Verlauf meines Lebens habe ich die Vereinigten Staaten etwa 8 – 10-mal besucht, jedes Mal als Touristin. Das letzte Mal war ich im Januar 2010 in den Vereinigten Staaten.

6. Ich betreibe weder in Massachusetts noch in den Vereinigten Staaten eine Geschäftstätigkeit, und ich habe weder in Massachusetts noch in den Vereinigten Staaten irgendein Geschäft abgeschlossen.

7. Ich habe in den Vereinigten Staaten weder einen Vertreter, eine Telefonnummer, Büros, Angestellte, Briefkästen oder Schliessfächer, noch Bankkontos.

8. Ich besitze in den Vereinigten Staaten keine Vermögenswerte.

9. Ich habe in den Vereinigten Staaten nie ein Einkommen erzielt, noch habe ich dort Liegenschaften besessen oder gemietet, oder Steuern bezahlt.

10. Mit Ausnahme der in Paragraph 5 erwähnten Touristenbesuche habe ich an keinerlei Aktivitäten in den Vereinigten Staaten teilgenommen.

Ich erkläre unter der Strafandrohung des Meineids gemäss dem Recht der Vereinigten Staaten, dass das Vorstehende wahr und korrekt ist.

Unterzeichnet am 8. Januar 2019.

_____
Simone Gastauer Foehr

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>ROGER KNOX, WINTERCAP SA, MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>            Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC,<br>            Relief Defendants. | Civil Action No. 18-CV-12058-RGS |

## **DECLARATION OF SIMONE GASTAUER FOEHR**

I, Simone Gastauer Foehr, under threat of penalty for perjury, declare:

1. I make this declaration in lieu of an oath in support of my motion to dismiss the complaint for lack of personal jurisdiction. I am over eighteen years old and have personal knowledge of the facts contained in this declaration.

2. I understand that I have been named as a "relief defendant" in the complaint.

3. I am a citizen of Germany and have my normal residence in Switzerland. I live with my 12-year-old daughter in the Canton of Zug, Switzerland.

4. I have never lived in Massachusetts, and I have never visited Massachusetts.

5. I have never lived in the United States. Over the course of my life, I have visited the United States approximately 8 to 10 times, each time as a tourist. The last time I was in the United States was in January 2010.

6. I do not conduct any business activity in Massachusetts or the United States, and I have not concluded any business transaction of any kind in Massachusetts or in the United States.

7. I do not have an agent, telephone number, offices, employees, post office boxes or deposit boxes, or bank accounts in the United States.

8. I do not possess any assets in the United States.

9. I have never obtained any income, nor have I owned or rented any property, or paid taxes in the United States.

10. With the exception of the tourism visits mentioned in paragraph 5, I have not participated in any activities of any kind in the United States.

I declare under threat of penalty for perjury under the laws of the United States that the foregoing is true and correct.

Signed on January 8, 2019.

                                               /s/ Simone Gastauer Foehr
                                               Simone Gastauer Foehr

City of New York, State of New York, County of New York

I, Tabitha Ashura, hereby certify that I am competent to translate from German to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "Declaration of Simone Gastauer Foehr" from German to English.

_____
Tabitha Ashura

Sworn to before me this
January 10, 2019

_____
Signature, Notary Public

_____
Stamp, Notary Public