**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND<br>EXCHANGE COMMISSION<br><br>         Plaintiff,<br>v.<br>ROGER KNOX, WINTERCAP SA<br>MICHAEL T. GASTAUER, WB21 US INC.,<br>SILVERTON, SA INC., WB21 NA INC.,<br>C CAPITAL CORPORATION, WINTERCAP<br>SA INC., AND B2 CAP INC.<br>         Defendants,<br> and<br><br>RAIMUND GASTAUER, SIMONE<br>GASTAUER FOEHR, B21 LTD., SHAMAL<br>INTERNATIONAL FZE, AND WB21 DMCC<br><br>         Relief Defendants. | Civil Action No. 18-cv-12058-RGS |

**Rule 7.1 Corporate Disclosure Statement**

  Pursuant to Fed. R. Civ. P 7.1, the undersigned counsel for Wintercap SA Inc. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

| | |
|---|---|
| March 13, 2019<br>Boston, Mass. | s/ Timothy Cornell<br>Timothy Cornell (BBO #654412)<br>Cornell Dolan, P.C.<br>One International Place, Suite 1400<br>Boston, MA 02110<br>Tel: (617) 535-7763<br>tcornell@cornelldolan.com<br>*Counsel for Defendant Wintercap SA Inc.* |

NOTICE OF ELECTRONIC FILING

      I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF system, and the parties will be served electronically.

      /s/ Timothy Cornell