# Exhibit A

**From:** Abygail De Sousa <ad@wb21.com>
**Sent:** Thursday, December 07, 2017 10:51 AM
**To:** Silverton Operations
**Cc:** Michael Gastauer
**Subject:** Re: Sending from a particular SWIFT?

Hi Richard,

The SWIFT is PEPGLT21 for Euro funds.

For CHF we can only send via CItibank for now. If a European bank is needed, we can look into further options.

Best,

Abygail

On Dec 7, 2017, at 15:37, Silverton Operations <operations@silverton.ch> wrote:

> Yes they would be EUR and CHF primarily. What would be the SWIFT for those payments?
>
> If we can appease the card provider's compliance dept then we can continue to use them which is good for all.
>
> Silverton SA - Operations
> E: operations@silverton.ch
> T: +41 (0) 27 768 2000
> F: +41 (0) 22 594 8878
>
> This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments. You must not disclose or distribute any of the contents to any other person.
>
>> On 7 Dec 2017, at 16:36, Abygail De Sousa <ad@wb21.com> wrote:
>>
>> Hi Richard,
>>
>> If the funds loaded to the card would be sent in Euro we can send from a European bank.
>>
>> Best,

1

Abygail

On Dec 7, 2017, at 15:12, Silverton Operations <operations@silverton.ch> wrote:

> Is it maybe possible to use a Swift from one of your banks that isn't connected to a US bank? A European or Swiss one would not create a requirement for automatic exchange of information etc.
>
> Silverton SA - Operations
> E: operations@silverton.ch
> T: +41 (0) 27 768 2000
> F: +41 (0) 22 594 8878
>
> This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments. You must not disclose or distribute any of the contents to any other person.
>
>> On 6 Dec 2017, at 14:16, Abygail De Sousa <ad@wb21.com> wrote:
>>
>> Hi Richard,
>>
>> In response, for USD wires the SWIFR is CITIUS33.
>>
>> Best,
>> --
>> ```
>> Abygail DeSousa, COO
>> WB21 N.A. Inc., 299 Park Ave., New York
>> NY 10171
>> www.wb21.com, @AbyDeSousa, +12124989599
>> New York | London | Berlin | Singapore
>>
>> This e-mail and any attachments thereto
>> are confidential and protected by legal
>> privilege from
>> disclosure. If you are not the intended
>> recipient, please destroy this message
>> and any attachments
>> from your system.
>> ```
>>
>>> On Dec 6, 2017, at 12:31 PM, Silverton Operations <operations@silverton.ch> wrote:

2

Dear A,

I want to be able to fund some prepaid Visa cards using WB21 accounts. The card provider wants to ensure that funds sent come from a defined SWIFT as part of their compliance. I quote their email below:

" The problem with WB21 is that it is not a bank, but only an intermediary. Since we need to register a bank - with a Swift code – from where funds are to arrive, this leads to problems internally. When we receive a transfer for any of the cardholders, do you know which bank actually wires the funds? Would that always be the same bank? As far as I understand, WB21 maintains accounts with around 20 banks, probably in its own name, and wires can come from any of those accounts and with WB21 as ordering party. "

Are you able to confirm perhaps that routing wires to their SWIFT will always come from the same one internally from WB21? I believe if we can define exactly from which bank they would receive a payment, this would appease their compliance dept and we can move forwards. I would envisage paying on to these cards perhaps 10-15 times per year. Perhaps these wire requests could be routed to you in order to ensure they are sent from the same venue each time? Would that be possible? I'd be grateful if you could advise what might work.

Regards,

Richard


Silverton SA - Operations
E: operations@silverton.ch
T: +41 (0) 27 768 2000
F: +41 (0) 22 594 8878

3

This email and any attachments
are confidential and access to this
email or attachments by anyone
other than the addressee is
unauthorised. If you are not the
intended recipient please notify
the sender and delete the email
including any attachments. You
must not disclose or distribute any of
the contents to any other person.

4