# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————
SECURITIES AND EXCHANGE       )
COMMISSION,                   )
       Plaintiff,             )
                              )
    v.                        )
                              )
ROGER KNOX, WINTERCAP SA      )
MICHAEL T. GASTAUER,          )
WB21 US INC., SILVERTON, SA INC., )   Civil Action No. 18-cv-12058 (RGS)
WB21 NA INC., C CAPITAL       )
CORPORATION, WINTERCAP        )
SA INC., AND B2 CAP INC.      )
       Defendants,            )
                              )
RAIMUND GASTAUER, SIMONE      )
GASTAUER FOEHR, B21 LTD.,     )
SHAMAL INTERNATIONAL FZE,     )
AND WB21 DMCC,                )
       Relief Defendants.     )
———————————————————————)

## ANSWER AND JURY DEMAND OF WB21 US INC. TO AMENDED COMPLAINT

Now comes the Defendant, WB21 US Inc. ("WB21 US"), and in response to the numbered paragraphs in the Plaintiff's Amended Complaint states as follows:

## SUMMARY

1. The allegations in this Paragraph seek to characterize the Complaint and consist of allegations that are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

1

2. The allegations in this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

3. The allegations of this Paragraph consist of conclusions of law and thus no response is required.

4. The allegations in this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

5. The allegations in this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

6. The allegations in this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

7.  The allegations in this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

8.  The allegations in this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

9.  The allegations in this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

10. WB21 US denies the allegations in this Paragraph.

11. The allegations in this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

12. The allegations in this Paragraph consist of a characterization of the Plaintiff's requests for relief and thus no response is required.

13. The allegations in this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 US denies that it participated in, or benefitted from, any illegal scheme.

## JURISDICTION AND VENUE

14. WB21 US denies that this Court has jurisdiction over it.

15. WB21 US lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

## DEFENDANTS

16. WB21 US lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

17. WB21 US lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

18. WB21 US admits the allegations of this Paragraph.

19. WB21 US admits that Wintercap SA Inc. and B2 Cap Inc. are Delaware corporations that use a mailing address in New York, New York.  WB21 US denies the additional allegations of this Paragraph.

**RELIEF DEFENDANTS**

20. WB21 US admits that Raimund Gastauer is a relative of Gastauer.  WB21 US denies the remaining allegations of this Paragraph.

21. WB21 US admits that B21 Ltd. is a United Kingdom-based entity and denies the remaining allegations of this Paragraph.

22. WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

23. WB21 US admits that WB21 DMCC is an entity organized under the laws of the United Arab Emirates with a business location in Dubai.  It admits that a relative of Gastauer is the sole shareholder of WB21 DMCC.  It denies the remaining allegations of this Paragraph.

24. WB21 US states that the allegations of this Paragraph characterize the Amended Complaint and thus no response is required.

**BACKGROUND**

25. WB21 US states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to include assertions of fact, WB21 US lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

26. WB21 US states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to include

assertions of fact, WB21 US lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

27. WB21 US states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to include assertions of fact, WB21 US lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

28. WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

29. WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### FACTS

30.   WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### Example One:  Environmental Packaging

31. WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph.

32. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

33. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

34. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

35. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

36. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

37. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

38. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

39. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

40. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

41. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

42. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

43. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required. To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

44. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

45. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

46. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

47. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

48. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

49. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

50. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

51. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

52. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

53. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

54. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

55. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

56. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

57. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

58. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

59. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

60. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

61. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**Example Two:  CURE**

62. WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

63. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

64. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

65. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

66. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

67. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

68. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

69. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

70. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

71. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

72. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

73. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

74. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

75. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

76. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

77. WB21 US states that the allegations of this Paragraph are not directed at it and thus
no response is required.  To the extent a response is deemed to be required, WB21 US
states that it lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

78. WB21 US states that the allegations of this Paragraph are not directed at it and thus
no response is required.  To the extent a response is deemed to be required, WB21 US
states that it lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

## Example Three: Garmatex

79. WB21 US lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

80. WB21 US states that the allegations of this Paragraph are not directed at it and thus
no response is required.  To the extent a response is deemed to be required, WB21 US
states that it lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

81. WB21 US states that the allegations of this Paragraph are not directed at it and thus
no response is required.  To the extent a response is deemed to be required, WB21 US
states that it lacks sufficient information to admit or deny the allegations of this
Paragraph and calls upon the Plaintiff to prove the same.

82. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

83. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

84. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

85. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

86. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

87. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

88. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

89. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

90. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

91. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**Monetary Transfers**

92. WB21 US states that the allegations of this Paragraph are not directed at it and thus no response is required.  To the extent a response is deemed to be required, WB21 US

states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

93. WB21 US admits that in 2016 Wintercap SA became a customer of WB21 PTE LTD., a payment processor authorized as a stored value facility with the Monetary Authority of Singapore.  WB21 US denies all additional allegations of this Paragraph.

94. WB21 US admits that marketing material for WB21 PTE stated that "[a]ccount opening for you or your business can be difficult if you are not in the same country as your Bank or if you are in an industry most Banks would not support."  WB21 US denies the remaining allegations of this Paragraph.

95. WB21 US admits that in October 2015 Gastauer founded WB21 US Inc., after which he opened bank accounts in three U.S.-based banks and was the sole signing authority for each account.  WB21 US denies the remaining allegations of this Paragraph.

96. WB21 US admits that between December 2015 and August 2016 funds from Wintercap SA's bank accounts in Latvia and Mauritius were deposited into WB21 US Inc.'s bank account.  WB21 US denies all additional allegations of this Paragraph.

97. WB21 US admits that WB21 US Inc. was not a registered bank.  Further answering, WB21 US states that it lacks sufficient information to admit or deny the remaining allegations of this Paragraph and calls upon the Plaintiff to prove the same.

98. WB21 US admits that in August 2016, Gastauer participated in the formation of Silverton SA Inc. and established bank accounts in the name of Silverton SA Inc. WB21 US lacks sufficient information to admit or deny the remaining allegations of this Paragraph and calls upon the Plaintiff to prove the same.

99. WB21 US states that the Plaintiff has accurately quoted from one email sent by Gastauer.  Further answering, WB21 US denies the additional allegations of this Paragraph.

100.   WB21 US denies the allegations of this Paragraph.

101.   WB21 US denies the allegations of this Paragraph.

102.   WB21 US denies the allegations of this Paragraph.

103.   WB21 US admits that the Plaintiff has accurately quoted a portion of an email exchange but denies the remaining allegations of this Paragraph.

104.   WB21 US admits that the Plaintiff has accurately quoted a portion of an email exchange but denies the remaining allegations of this Paragraph.

105.   WB21 US lacks sufficient information to admit or deny the allegations of the first sentence of this Paragraph and calls upon the Plaintiff to prove the same.  WB21 US denies the remaining allegations of this Paragraph.

106.   WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### Relief Defendants

107.   WB21 US denies the allegations of this Paragraph.

108.   WB21 US denies the allegations of this Paragraph.

109.   WB21 US lacks sufficient information to admit or deny the allegations of this Paragraph.

110.   WB21 US admits the allegations of this Paragraph but denies that these transfers violated any law.

111.   WB21 US admits the allegations of this Paragraph.

112.   WB21 US admits the allegations of this Paragraph, but denies the WB21 DMCC accounts were "beneficially owned by a relative of Gastauer."

**FIRST CLAIM FOR RELIEF**
**FRAUD IN THE OFFER OR SALE OF SECURITIES**
**(Violations of Sections 17(a) of the Securities Act)**

113.   WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

114.   WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

115.   WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**SECOND CLAIM FOR RELIEF**
**FRAUD IN CONNECTION WITH THE PURCHASE OR SALE OF SECURITIES**
**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder)**

116.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

117.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

118.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**THIRD CLAIM FOR RELIEF**
**UNREGISTERED OFFERINGS OF SECURITIES**
**(Violations of Sections 5(a) and 5(c) of the Securities Act)**

119.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

120.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

121.    WB21 US states that the allegations of this Paragraph are not directed towards it

and contain conclusions of law and thus no response is required.  To the extent a

response is deemed required, WB21 US states that it lacks sufficient information

to admit or deny the factual allegations of this Paragraph and calls upon the

Plaintiff to prove the same.

**FOURTH CLAIM FOR RELIEF**
**AIDING AND ABETTING**
**(Violations of Section 15(b) of the Securities Act)**

122.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if

explicitly stated herein.

123.    WB21 US states that the allegations of this Paragraph are not directed towards it

and contain conclusions of law and thus no response is required.  To the extent a

response is deemed required, WB21 US states that it lacks sufficient information

to admit or deny the factual allegations of this Paragraph and calls upon the

Plaintiff to prove the same.

124.    WB21 US states that the allegations of this Paragraph are not directed towards it

and contain conclusions of law and thus no response is required.  To the extent a

response is deemed required, WB21 US states that it lacks sufficient information

to admit or deny the factual allegations of this Paragraph and calls upon the

Plaintiff to prove the same.

125.    WB21 US states that the allegations of this Paragraph are not directed towards it

and contain conclusions of law and thus no response is required.  To the extent a

response is deemed required, WB21 US states that it lacks sufficient information

to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

126.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**FIFTH CLAIM FOR RELIEF**
**UNREGISTERED BROKER-DEALER**
**(Violations of Section 15(a)(1))**

127.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

128.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

129.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### SIXTH CLAIM FOR RELIEF
### AIDING AND ABETTING
### (Violations of Section 20(e) of the Exchange Act)

130.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

131.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

132.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

133.    WB21 US states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 US states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### SEVENTH CLAIM FOR RELIEF
### AIDING AND ABETTING
### (Violations of Section 15(b) of the Securities Act)

134.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

135.    WB21 US states that the allegations of this Paragraph are not directed towards it
        and contain conclusions of law and thus no response is required.  To the extent a
        response is deemed required, WB21 US states that it lacks sufficient information
        to admit or deny the factual allegations of this Paragraph and calls upon the
        Plaintiff to prove the same.

136.    WB21 US states that the allegations of this Paragraph are not directed towards it
        and contain conclusions of law and thus no response is required.  To the extent a
        response is deemed required, WB21 US states that it lacks sufficient information
        to admit or deny the factual allegations of this Paragraph and calls upon the
        Plaintiff to prove the same.

137.    Denied.

138.    Denied.

**EIGHTH CLAIM FOR RELIEF**
**AIDING AND ABETTING**
**(Violations of Section 20(e) of the Exchange Act)**

139.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if
        explicitly stated herein.

140.    WB21 US states that the allegations of this Paragraph are not directed towards it
        and contain conclusions of law and thus no response is required.  To the extent a
        response is deemed required, WB21 US states that it lacks sufficient information
        to admit or deny the factual allegations of this Paragraph and calls upon the
        Plaintiff to prove the same.

141.    Denied.

142.    Denied.

## NINTH CLAIM FOR RELIEF
## OTHER EQUITABLE RELIEF, INCLUDING UNJUST ENRICHMENT AND CONSTRUCTIVE TRUST

143.    WB21 US reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

144.    WB21 US states that this Paragraph accurately quotes a portion of the Exchange Act and that no further response is required.

145.    Denied.

146.    Denied.

147.    Denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The funds received by WB21 US were not ill gotten and therefore there is no basis for the Plaintiff to claim a right to them.

## SECOND AFFIRMATIVE DEFENSE

As a matter of law, the Plaintiff's claims against the Defendants Michael T. Gastauer, WB21 US Inc., Silverton, SA Inc., WB21 US Inc., C Capital Corporation, Wintercap SA Inc., and B2 CAP Inc. fail.

## THIRD AFFIRMATIVE DEFENSE

As a matter of law, the Plaintiff's claims fail to state a claim upon which relief can be

granted.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims should be dismissed for failure to join indispensable parties.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because WB21 US reasonably relied in good faith upon the representations, information, opinions, advice, professional judgment, and statements prepared or presented by Knox, Wintercap SA or Silverton SA, whom WB21 US reasonably believed to be fully informed, honest, reliable and competent in the matters presented.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because WB21 US did not cause any alleged harm.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because WB21 US acted in good faith at all material times.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail because the Plaintiff has failed to allege the requisite mental state and neither recklessness nor negligence is sufficient to satisfy proof of scienter.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because the alleged misconduct, which is denied, was not in the offer or sale of a security, nor was it in connection with the purchase or sale of a security.

## TENTH AFFIRMATIVE DEFENSE

Any alleged injuries or damages sustained by the investing public were the direct and

proximate result of one or more independent, unforeseeable, and superseding causes that were outside WB21 US's control.

### ELEVENTH AFFIRMATIVE DEFENSE

WB21 US is not liable as an aider and abettor because it was neither reckless, nor did it have any actual knowledge of any violation, nor provide substantial assistance to any primary violator.

### **JURY DEMAND**

WB21 US demands a trial by jury on all counts so triable.

WHEREFORE, WB21 US requests that this Court enter judgment on its behalf on all claims of the Plaintiff, dissolve the Preliminary Injunction obtained by the Plaintiff as to WB21 US, dismiss the Plaintiff's claims with prejudice, award it attorney's fees and all other relief this Court deems just and proper.

Respectfully submitted,
WB21 US Inc.
By its attorneys,

/s/ Timothy Cornell
Timothy Cornell (BBO #654412)
Patrick Dolan (BBO# 564250)
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
Tel: (617) 535-7763
tcornell@cornelldolan.com
pdolan@cornelldolan.com

DATE:  June 25, 2019

**ECF Notification**

I certify that this Pleading will be filed through the Court's ECF system and that the parties to this action will receive notice electronically.

_/s/ Timothy Cornell