## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       **Plaintiff,**<br><br>v.<br><br>ROGER KNOX, WINTERCAP SA MICHAEL T. GASTAUER, WB21 US INC., SILVERTON, SA INC., WB21 NA INC., C CAPITAL CORPORATION, WINTERCAP SA INC., AND B2 CAP INC.<br>       **Defendants,**<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC,<br>       **Relief Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 18-cv-12058 (RGS)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

### ANSWER OF WB21 DMCC TO AMENDED COMPLAINT

Now comes Relief DefendantWB21 DMCC in response to the numbered paragraphs in the Plaintiff's Amended Complaint and states as follows:

### SUMMARY

1. The allegations in this Paragraph seek to characterize the Complaint and consists of allegations that are not directed at WB21 DMCC and thus no response is required. To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same. Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

2.  The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

3.  The allegations of this Paragraph consist of conclusions of law and thus no response is required.

4.  The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

5.  The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

6.  The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

7.   The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

8.   The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

9.   The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

10.  WB21 DMCC denies the allegations in this Paragraph.

11.  The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

12. The allegations in this Paragraph consist of a characterization of the Plaintiff's requests for relief and thus no response is required.

13. The allegations in this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.  Further answering, WB21 DMCC denies that it participated in, or benefitted from, any illegal scheme.

## JURISDICTION AND VENUE

14. WB21 DMCC denies that this Court has jurisdiction over it.

15. WB21 DMCC lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

## DEFENDANTS

16. WB21 DMCC lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

17. WB21 DMCC lacks sufficient information to admit or deny the allegations in this Paragraph and calls upon the Plaintiff to prove the same.

18. WB21 DMCC admits the allegations of this Paragraph.

19. WB21 DMCC admits that Wintercap SA Inc. and B2 Cap Inc. are Delaware corporations that use a mailing address in New York, New York.  WB21 DMCC denies the additional allegations of this Paragraph.

**RELIEF DEFENDANTS**

20. WB21 DMCC admits that Raimund Gastauer is a relative of Gastauer.  WB21 DMCC denies the remaining allegations of this Paragraph.

21. WB21 DMCC admits that B21 Ltd. is a United Kingdom-based entity and denies the remaining allegations of this Paragraph.

22. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

23. WB21 DMCC admits that it is an entity organized under the laws of the United Arab Emirates with a business location in Dubai.  It admits that a relative of Gastauer is the sole shareholder of WB21 DMCC.  It denies the remaining allegations of this Paragraph.

24. WB21 DMCC states that the allegations of this Paragraph characterize the Amended Complaint and thus no response is required.

**BACKGROUND**

25. WB21 DMCC states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to include assertions of fact, WB21 DMCC lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

26. WB21 DMCC states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to

include assertions of fact, WB21 DMCC lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

27. WB21 DMCC states that the allegations of this Paragraph consist of conclusions of law to which no response is required.  To the extent these allegations are deemed to include assertions of fact, WB21 DMCC lacks sufficient information to admit or deny them and calls upon the Plaintiff to prove the same.

28. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

29. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

## FACTS

30.   WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### Example One:  Environmental Packaging

31. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph.

32. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

33. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

34. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

35. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

36. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

37. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

38. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

39. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

40. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

41. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

42. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

43. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

44. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

45. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

46. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

47. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

48. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

49. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

50. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

51. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

52. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

53. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

54. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

55. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

56. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

57. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

58. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

59. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

60. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

61. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### Example Two:  CURE

62. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

63. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

64. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

65. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

66. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

67. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

68. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

69. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

70. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

71. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

72. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

73. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

74. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

75. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

76. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

77. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

78. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**Example Three: Garmatex**

79. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

80. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

81. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

82. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

83. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

84. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

85. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

86. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

87. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

88. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

89. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

90. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

91. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**Monetary Transfers**

92. WB21 DMCC states that the allegations of this Paragraph are not directed at WB21 DMCC and thus no response is required.  To the extent a response is deemed to be

required, WB21 DMCC states that it lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

93. WB21 DMCC admits that in 2016 Wintercap SA became a customer of WB21 PTE LTD. ("WB21 PTE"), a payment processor authorized as a stored value facility with the Monetary Authority of Singapore.  WB21 DMCC denies all additional allegations of this Paragraph.

94. WB21 DMCC admits that marketing material for WB21 PTE stated that "[a]ccount opening for you or your business can be difficult if you are not in the same country as your Bank or if you are in an industry most Banks would not support."  WB21 DMCC denies the remaining allegations of this Paragraph.

95. WB21 DMCC admits that in October 2015 Gastauer founded WB21 US Inc., after which he opened bank accounts in three U.S.-based banks, and was the sole signing authority for each account.  WB21 DMCC denies the remaining allegations of this Paragraph.

96. WB21 DMCC admits that between December 2015 and August 2016 funds from Wintercap SA's bank accounts in Latvia and Mauritius were deposited into WB21 US Inc.'s bank account.  WB21 DMCC denies all additional allegations of this Paragraph.

97. WB21 DMCC admits that WB21 US Inc. was not a registered bank.  Further answering, WB21 DMCC states that it lacks sufficient information to admit or deny the remaining allegations of this Paragraph and calls upon the Plaintiff to prove the same.

98. WB21 DMCC admits that in August 2016, Gastauer participated in the formation of Silverton SA Inc. and established bank accounts in the name of Silverton SA Inc. WB21 DMCC lacks sufficient information to admit or deny the remaining allegations of this Paragraph and calls upon the Plaintiff to prove the same.

99. WB21 DMCC states that the Plaintiff has accurately quoted from one email sent by Gastauer.  Further answering, WB21 DMCC denies the additional allegations of this Paragraph.

100. WB21 DMCC denies the allegations of this Paragraph.

101. WB21 DMCC denies the allegations of this Paragraph.

102. WB21 DMCC denies the allegations of this Paragraph.

103. WB21 DMCC admits that the Plaintiff has accurately quoted a portion of an email exchange but denies the remaining allegations of this Paragraph.

104. WB21 DMCC admits that the Plaintiff has accurately quoted a portion of an email exchange but denies the remaining allegations of this Paragraph.

105. WB21 DMCC lacks sufficient information to admit or deny the allegations of the first sentence of this Paragraph and calls upon the Plaintiff to prove the same. WB21 DMCC denies the remaining allegations of this Paragraph.

106. WB21 DMCC lacks sufficient information to admit or deny the allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**Relief Defendants**

107. WB21 DMCC denies the allegations of this Paragraph.

108.   WB21 DMCC denies the allegations of this Paragraph.

109.   WB21 DMCC lacks sufficient information to admit or deny the allegations of this

Paragraph.

110.   WB21 DMCC admits the allegations of this Paragraph but denies that these

transfers violated any law.

111.   WB21 DMCC admits the allegations of this Paragraph.

112.   WB21 DMCC admits the allegations of this Paragraph, but denies the WB21

DMCC accounts were "beneficially owned by a relative of Gastauer."

**FIRST CLAIM FOR RELIEF**
**FRAUD IN THE OFFER OR SALE OF SECURITIES**
**(Violations of Sections 17(a) of the Securities Act)**

113.   WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if

explicitly stated herein.

114.   WB21 DMCC states that the allegations of this Paragraph are not directed

towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph

and calls upon the Plaintiff to prove the same.

115.   WB21 DMCC states that the allegations of this Paragraph are not directed

towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph

and calls upon the Plaintiff to prove the same.

**SECOND CLAIM FOR RELIEF**
**FRAUD IN CONNECTION WITH THE PURCHASE OR SALE OF SECURITIES**
**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder)**

116.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if

explicitly stated herein.

117.    WB21 DMCC states that the allegations of this Paragraph are not directed

towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph

and calls upon the Plaintiff to prove the same.

118.    WB21 DMCC states that the allegations of this Paragraph are not directed

towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph

and calls upon the Plaintiff to prove the same.

**THIRD CLAIM FOR RELIEF**
**UNREGISTERED OFFERINGS OF SECURITIES**
**(Violations of Sections 5(a) and 5(c) of the Securities Act)**

119.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if

explicitly stated herein.

120.    WB21 DMCC states that the allegations of this Paragraph are not directed

towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

121.   WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**FOURTH CLAIM FOR RELIEF**
**AIDING AND ABETTING**
**(Violations of Section 15(b) of the Securities Act)**

122.   WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

123.   WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

124.   WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

125.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

126.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**FIFTH CLAIM FOR RELIEF**
**UNREGISTERED BROKER-DEALER**
**(Violations of Section 15(a)(1))**

127.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

128.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

129.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

**SIXTH CLAIM FOR RELIEF**
**AIDING AND ABETTING**
**(Violations of Section 20(e) of the Exchange Act)**

130.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

131.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

132.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

133.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

### SEVENTH CLAIM FOR RELIEF
### AIDING AND ABETTING
### (Violations of Section 15(b) of the Securities Act)

134.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

135.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

136.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To the extent a response is deemed required, WB21 DMCC states that it lacks sufficient information to admit or deny the factual allegations of this Paragraph and calls upon the Plaintiff to prove the same.

137.    Denied.

138.    Denied.

### EIGHTH CLAIM FOR RELIEF
### AIDING AND ABETTING
### (Violations of Section 20(e) of the Exchange Act)

139.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if explicitly stated herein.

140.    WB21 DMCC states that the allegations of this Paragraph are not directed towards it and contain conclusions of law and thus no response is required.  To

the extent a response is deemed required, WB21 DMCC states that it lacks

sufficient information to admit or deny the factual allegations of this Paragraph

and calls upon the Plaintiff to prove the same.

141.    Denied.

142.    Denied.

## NINTH CLAIM FOR RELIEF
## OTHER EQUITABLE RELIEF, INCLUDING UNJUST ENRICHMENT AND CONSTRUCTIVE TRUST

143.    WB21 DMCC reasserts its responses to each of the foregoing Paragraphs as if

explicitly stated herein.

144.    WB21 DMCC states that this Paragraph accurately quotes a portion of the

Exchange Act and that no further response is required.

145.    Denied.

146.    Denied.

147.    Denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The funds received by WB21 DMCC were not ill gotten and therefore there is no basis

for the Plaintiff to claim a right to them.

## SECOND AFFIRMATIVE DEFENSE

As a matter of law, the Plaintiff's claims against the Defendants Michael T. Gastauer,

WB21 US Inc., Silverton, SA Inc., WB21 NA Inc., Capital Corporation, Wintercap SA Inc., and

B2 CAP Inc. fail.  As a result, the SEC has no claims against WB21 DMCC.

### THIRD AFFIRMATIVE DEFENSE

As a matter of law, the Plaintiff cannot bring these claims against WB21 DMCC

because the Court lacks personal jurisdiction over WB21 DMCC. As a result, the claims should

be dismissed.

### JURY DEMAND

WB21 DMCC demands a trial by jury on all counts so triable.

WHEREFORE, WB21 DMCC requests that this Court enter judgment on its behalf on all

claims of the Plaintiff, dissolve the Preliminary Injunction obtained by the Plaintiff as to WB21

DMCC, dismiss the Plaintiff's claims with prejudice, award it attorney's fees and all other relief

this Court deems just and proper.

Respectfully submitted,
WB21 DMCC
By its attorneys,


/s/ Timothy Cornell
Timothy Cornell (BBO #654412)
Patrick Dolan (BBO# 564250)
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
Tel: (617) 535-7763
tcornell@cornelldolan.com
pdolan@cornelldolan.com


DATE:  July 3, 2019

**ECF Notification**

I certify that this Pleading will be filed through the Court's ECF system and that the parties to this action will receive notice electronically.

_\_\_/s/ Timothy Cornell_