UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br>v.<br><br>ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>            Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC<br>            Relief Defendants. | 18-CV-12058-RGS |

[~~proposed~~] ORDER

IT IS HEREBY ORDERED that the Preliminary Injunction Order in this matter, Dkt. No 57, dated November 16, 2018, is modified pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.2, to permit the deposit with this Court into an interest-bearing account money held by a third party for which defendant Roger Knox is the beneficiary. The funds, currently held in accounts belonging to Person A at HSBC Bank in Jersey, and Lloyd's International in the Isle of Man, shall be paid into the Court's registry account.

Money paid into the Court will remain subject to all other terms of the Preliminary Injunction Order.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2019