UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                              **Plaintiff,**<br><br>      **v.**<br><br>**ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.**<br>                      **Defendants.**<br><br>**RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC**<br>                      **Relief Defendants.** | **18-CV-12058-RGS** |

[Proposed] **ORDER**

IT IS HEREBY ORDERED that the Preliminary Injunction Order in this matter, Dkt. No. 57, dated November 16, 2018, is modified pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.2, to order Dr. Claudio and Seraina Bazzani to transfer $88,495.20 from their landlord's escrow account (now containing $88,495.20 in funds transferred to Dr. Claudio and Seraina Bazzani landlord's escrow account by WB21 NA Inc.) into the Court's registry account, using wire instructions to be provided by counsel for the Commission.

Money paid into the Court's registry account will remain subject to all other terms of the Preliminary Injunction Order.

_____
UNITED STATES DISTRICT JUDGE

Dated:   **4-29**          , 2020