UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
SECURITIES AND EXCHANGE COMMISSION,     )
                                        )
        Plaintiff,                       )
                                        )
   v.                                   )   Case No.  1:18-cv-12058-RGS
                                        )
ROGER KNOX, WINTERCAP SA,               )
MICHAEL T. GASTAUER, WB21 US            )
INC., SILVERTON SA INC., WB21 NA        )
INC., C CAPITAL CORP., WINTERCAP        )
SA INC. AND B2 CAP INC.                 )
                                        )
        Defendants,                      )
  and                                   )
                                        )
RAIMUND GASTAUER, SIMONE                )
GASTAUER FOEHR, B21 LTD., SHAMAL        )
INTERNATIONAL FZE, AND WB21 DMCC        )
                                        )
        Relief Defendants.               )
_____ )

**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR A SCHEDULING ORDER THAT <u>REQUIRES REMOTE DEPOSITION ATTENDANCE</u>**

     After considering the motion of Plaintiff Securities and Exchange Commission to require certain defendants' remote attendance at depositions pursuant to Federal Rules of Civil Procedure ("FRCP") 30 and 45, the Court grants that motion and orders the defendants subject to that motion to attend depositions conducted on the Webex video conferencing platform as provided in the form deposition notice and subpoena attached to the motion.

                                                       **/s/ Richard G. Stearns**
                                                       United States District Court Judge