UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>v.<br><br>ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>                    Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC<br>                    Relief Defendants. | 18-CV-12058-RGS |

## ORDER

IT IS HEREBY ORDERED that the Preliminary Injunction Order in this matter, Dkt. No 57, dated November 16, 2018, is modified pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.2, to permit the deposit with this Court into an interest-bearing account money held by a third party, NetJets, for which defendants WB21 NA Inc. and WB21 US Inc. are the beneficiaries. The funds shall be paid into the Court's registry account. To the extent the funds are held in a form other than United States-currency, the funds shall be exchanged into United States-currency using the prevailing market exchange rate as of the date four business days from the date of this Order before those funds are paid into the Court's registry account.

Money paid into the Court will remain subject to all other terms of the Preliminary Injunction Order.

/s/ Richard D. Stearns
UNITED STATES DISTRICT JUDGE

Dated: Sept. 2, 2020