FILED
IN CLERKS OFFICE

2020 DEC 28 AM 10: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>ROGER KNOX, WINTERCAP SA MICHAEL T. GASTAUER,<br>WB21 US INC., SILVERTON, SA INC., WB21 NA INC., C CAPITAL CORPORATION, WINTERCAP SA INC., AND B2 CAP INC.<br>Defendants,<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC,<br>Relief Defendants. | Civil Action No. 18-cv-12058 (RGS) |

**MICHAEL T. GASTAUER REQUESTS PERMISSION TO USE THE ELECTRONIC FILING SYSTEM ON BEHALF OF THE DEFENDANTS AND RELIEF DEFENDANTS MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORPORATION, WINTERCAP SA INC., B2 CAP INC, RAIMUND GASTAUER, B21 LTD AND WB21 DMCC**

Michael T. Gastauer submits this request for permission to use the courts electronic filing system (CM/ECF) to file motions and other documents as a *pro se* litigant for himself, other defendants WB21 US Inc., Silverton, SA Inc., WB21 NA Inc., C Capital Corporation, Wintercap SA Inc., and B2 Cap Inc. and relief defendants Raimund Gastauer, B21 Ltd. and WB21 DMCC.

1

Respectfully submitted,
Michael T. Gastauer
Tverskaya St. 4
125009 Moscow, Russia
Email: mg@wb21.com

DATE:  December 08, 2020