UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROGER KNOX, WINTERCAP, S.A., MICHAEL T. GASTAUER, WB21 US, INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC., and B2 CAP INC.<br><br>Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, and WB21 DMCC<br><br>Relief Defendants. | Case No.: 18-CV-12058-RGS |

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Injunction Order in this matter, Dkt. No. 57, dated November 16, 2018, is modified to permit Mr. Knox to access funds in his personal bank account held in the name of Bastion SA at Banque Raiffeisen in Switzerland (the "**Account**") so as to allow Mr. Knox to withdraw CHF55,81915 (Swiss Francs) from the Account and pay that sum to the State of Valais, Switzerland in order to satisfy a tax obligation.

*/s/ Richard D. Stearns*
UNITED STATES DISTRICT JUDGE

DATED: 2-15-21, 2021

1