UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>v.<br><br>ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>　　　　　　Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC<br>　　　　　　Relief Defendants. | 18-CV-12058-RGS |

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Injunction Order in this matter, Dkt. No 57, dated November 16, 2018, is modified pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.2, to require that NetJets Inc. and its domestic and foreign parents, affiliates, and subsidiaries ("NetJets") deposit into the IOLTA account of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") all funds currently in NetJets' possession that on October 2, 2018 were held by NetJets in the name of WB21 GmbH. To the extent the funds are in a form other than United States currency, the funds shall be exchanged into United States currency using the prevailing market exchange rate as of the date four business days from the date of this Order before those funds are deposited into Quinn Emanuel's IOLTA account. The funds shall be used exclusively to pay a settlement or judgment in this matter or as otherwise ordered by the Court.

/s/ Richard D. Stearns
_____
UNITED STATES DISTRICT JUDGE

Dated: 3-16, 2021