UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                           **Plaintiff,**<br>    **v.**<br><br>**ROGER KNOX, WINTERCAP SA, MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.**<br>                           **Defendants.**<br><br>**RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC**<br>                           **Relief Defendants.** | **1:18-CV-12058-RGS** |

**PLAINTIFF'S MOTION FOR SANCTIONS
AS TO RELIEF DEFENDANT RAIMUND GASTAUER**

Pursuant to Fed. R. Civ. P. 37(d)(1)(A), plaintiff Securities and Exchange Commission (the "Commission") hereby moves for sanctions as to relief defendant Raimund Gastauer ("Gastauer").

In support of this motion, the Commission submits the accompanying memorandum of law, and the declaration of Nita Klunder with Exhibits A and B.

WHEREFORE, the Commission respectfully requests that the Court grant Plaintiff's Motion for Sanctions as to relief defendant Gastauer.

Respectfully submitted,

July 26, 2022

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Nita Klunder_____
Kathleen Shields
Nita Klunder
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8904 (Shields direct);
(617) 573-8822 (Klunder direct)
Fax: (617) 573-4590
Email: shieldska@sec.gov; Klunderni@sec.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned has conferred with counsel for Raimund Gastauer and the parties have not been able to reach an agreement that narrows the issues presented in this motion.

/s/ Nita Klunder_____
Nita Klunder

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

/s/ Nita Klunder_____
Nita Klunder