UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>　v.<br><br>ROGER KNOX, WINTERCAP S.A., MICHAEL T. GASTAUER, WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>　　　　　　Defendants.<br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, B21 LTD., SHAMAL INTERNATIONAL FZE, AND WB21 DMCC<br>　　　　　　Relief Defendants. | 18-CV-12058-RGS |

## MOTON TO WITHDRAW

Pursuant to Local Rule 83.5.2(c)(2), William D. Weinreb and the law firm of Quinn Emanuel Urquhart & Sullivan LLP seek leave to withdraw their appearance as counsel for Relief Defendant Raimund Gastauer. As ground's therefor, counsel states that judgment has entered against Mr. Gastauer, no motions remain pending, and no further proceedings are scheduled.

Respectfully submitted,

/s/ William D. Weinreb. (BBO # 557826)
William D. Weinreb
QUINN EMANUEL URQUHART & SULLIVAN LLP
111 Huntington Avenue
Boston, MA 02219
(617) 712-7114
billweinreb@quinnemanuel.com