UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER KNOX, WINTERCAP SA, MICHAEL T. GASTAUER , WB21 US INC., SILVERTON SA INC., WB21 NA INC., C CAPITAL CORP., WINTERCAP SA INC. AND B2 CAP INC.<br>    Defendants.<br><br><br>RAIMUND GASTAUER, SIMONE GASTAUER FOEHR, AND B21 LTD.<br>    Relief Defendants. | Case No. 1:18-CV-12058 (RGS) |

## ORDER TRANSFERRING FUNDS FOR DISTRIBUTION

The Court, having reviewed Plaintiff Securities and Exchange Commission's (the "Commission") Motion in Support of its Motion to Transfer Funds for Distribution, having found that the relief requested therein is in the best interests of injured investors and all parties in interest, and after due deliberation and good cause shown,

**IT IS HEREBY ORDERED:**

1. The Commission's Motion is GRANTED;

2. All funds currently being held by the Commission, including at least $3,148,331.12 paid by or collected from Defendants or otherwise received by the Commission in connection with this litigation, including any such amounts remitted by the Commission to the U.S. Treasury and also including any and all interest earned, be transferred to an account controlled by the Department of Justice, for distribution pursuant to the Order of Restitution

1

entered by the court in *U.S. v. Roger Knox*, 1:18-cr-10385 (D. Mass.) (the "Restitution Order");

3. Any future funds that the court may receive, or that the Commission may collect or may otherwise receive that are related to this action are to be transferred to an account controlled by the Department of Justice for distribution pursuant to the Restitution Order until the Restitution Order is satisfied, without further order of this Court.

IT IS SO ORDERED.

Dated: October 8, 2025.

/s/ Richard G. Stearns
United States District Court Judge